GOVERNMENT
EXHIBIT
2

ARKANSAS:

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA,

PLAINTIFF,

VS.                    CASE NO. 4:22CR00261 DPM

JOHN ALFRED HENSON,

DEFENDANT,

_____

REMOTE VIDEO DEPOSITION VIA ZOOM AND
HOSTED BY COUNTY COURT REPORTERS INC. OF
TIPPPANEE WALLER HENSON

THURSDAY, MARCH 13, 2025
10:58 A.M.

VIRGINIA FAMILY LAW CENTER
3975 UNIVERSITY DRIVE
SUITE 325
FAIRFAX VIRGINIA 22030

**2**

```
1           APPEARANCES
2  ON BEHALF OF THE PLAINTIFF,
3  UNITED STATES OF AMERICA:
4  AMANDA JEGLEY, ASSISTANT UNITED STATES ATTORNEY
5  UNITED STATES ATTORNEY'S OFFICE
6  425 WEST CAPITOL AVENUE
7  SUITE 500
8  LITTLE ROCK, ARKANSAS, 22554
9  TELEPHONE:  540.288.9559
10 FACSMILE: 540.288.3227
11 EMAIL: AMANDA.JEGLEY@USDOJ.GOV
12
13 ON BEHALF OF THE DEFENDANT,
14 JOHN ALFRED HENSON:
15 JOHN ALFRED HENSON, PRO SE.
16
17
18
19
20
21
22
23
24
25
```

**3**

```
1           APPEARANCES
2  ON BEHALF OF THE CLAIMANT,
3  TIPPPANEE WALLER HENSON:
4  JOHN OGLES, ESQUIRE
5  OGLES LAW FIRM P.A.
6  200 SOUTH JEFFDAVIS
7  JACKSONVILLE, ARKANSAS, 72076
8  TELEPHONE:  501.982.8339
9  EMAIL: AMANDA.JEGLEY@USDOJ.GOV
10
11 OBSERVERS:
12 JOSH NEWTON, ASSISTANT UNITED STATES ATTORNEY
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**4**

```
1              INDEX
2                     Page
3  TIPPPANEE WALLER HENSON:
4  DIRECT EXAMINATION BY MS. JEGLEY      7
5
6
7
8           EXHIBITS
9  Exhibit              Page
10
11         NONE MARKED
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**5**

```
1      REMOTE VIDEO DEPOSITION VIA ZOOM AND
2   HOSTED BY COUNTY COURT REPORTERS INC. OF
3         TIPPANEE WALLER HENSON
4       THURSDAY, MARCH 13, 2025
5            10:58 A.M.
6         COURT REPORTER:  We are now on the
7  record. Good morning. My name is Colleen Gregory-
8  Gettel. I'm the court reporter, who'll be taking
9  today's testimony. I'm with the National firm of
10 County Court Reporters Incorporated. Today is the
11 13th day of March, 2025. The time is 9:58 a.m.,
12 Central Time. We are gathered remotely via Zoom
13 to take the deposition of Tippanee Waller Henson
14 in the matter of United States of America versus
15 John Alfred Henson, pending in the United States
16 District Court, Eastern District of Arkansas,
17 Central Division, case number 4:22CR00261 DPM.
18 Will counsel, please identify yourself for the
19 record, stating your name, firm, address, and
20 whom you represent, and if observers are present,
21 will they please identify yourself for the
22 record?
23         MS. JEGLEY:  I am Amanda Jegley.
24 I'm an Assistant United States attorney. I
25 represent the United States of America.
```

6

1    MR. OGLES: Who's your assistant?
2    MR. NEWTON: I'm sorry. This is
3 Josh Newton. I assist US attorney also for the
4 United States as an observer today.
5    MR. OGLES: I'm John Ogles. I
6 represent Tippanee and she's here for her
7 deposition.
8    COURT REPORTER: Okay, thank you.
9 Ms. Henson, would you please state your full
10 legal name and complete address for the record,
11 please?
12    MS. HENSON: Tippanee Waller
13 Henson, ████████████████████
14 ████████████████
15    COURT REPORTER: Thank you. Would
16 you raise your right hand to be sworn?
17    MS. HENSON: Yes.
18    COURT REPORTER: Do you solemnly
19 swear or affirm that the testimony you're about
20 to give will be the truth, the whole truth, and
21 nothing but the truth, so help you God?
22    DEPONENT: Yes.
23    COURT REPORTER: Thank you.
24 Counsel, you may proceed.
25 TIPPANEE WALLER HENSON, having been duly sworn by

7

1 the Notary, was examined and testified as
2 follows:
3 DIRECT EXAMINATION
4 BY MS. JEGLEY:
5    Q.  Thank you. Hi. Ms. Henson, how do you
6 prefer to be referred to, is it Ms. Henson or Ms.
7 Waller Henson? How would you like me to address
8 you?
9    A.  Let me just do Henson. I haven't
10 changed anything yet.
11    Q.  Very well, thank...
12    MR. OGLES: Amanda, before we get
13 started, and this is my fault, but let her finish
14 her question before you answer. I know you know
15 some of her questions, but otherwise you all
16 going to be talking on top of each other. Go
17 ahead. I'm sorry.
18    Q.  Thank you. That's okay. Ms. Henson
19 before we get started today, your attorney, Mr.
20 Ogles, and I had an agreement to do this
21 deposition by Zoom. As a result, neither the
22 court reporter is in the room with us. You're not
23 in the room with us. We're all zooming in
24 remotely, and I just want to make a record that
25 the parties are in agreement that, that the fact

8

1 that we're doing this deposition by Zoom is not
2 an issue, and we will proceed today as if the
3 court reporter is here and as if you are here in
4 Little Rock as well. Do you agree to that?
5    A.  Yes, ma'am.
6    MR. OGLES: I object. The court
7 reporter with you right now?
8    COURT REPORTER: No. Zooming also.
9    MR. OGLES: I thought you were, I
10 thought Amanda said she was here with me. That's
11 fine. Let's go ahead.
12 CONTINUATION OF DIRECT EXAMINATION
13 BY MS. JEGLEY:
14    Q.  Hang on just a second. I'm going to be
15 asking you questions and it is important to me
16 that you understand the questions I'm asking you.
17 If you don't understand the question, will you
18 please tell me?
19    A.  Yes.
20    Q.  It's also important that you hear the
21 question I ask you, if you cannot hear the
22 question, will you tell me?
23    A.  Yes.
24    Q.  If you don't tell me otherwise, I'm
25 just going to assume that you've understood and

9

1 heard the question. Is that okay with you?
2    A.  No. I'd rather, yes.
3    MR. OGLES: Well, she don't
4 understand the question, then she don't hear it.
5 Well, she'll let you know, or I'll let you know.
6    Q.  Do you understand that your answers are
7 being recorded by the court reporter?
8    A.  Yes.
9    Q.  You understand that you must give an
10 audible verbal response, correct?
11    A.  Yes.
12    Q.  No shaking or nodding your head?
13    A.  Yes.
14    Q.  Thank you. Like your attorney just told
15 you just a minute ago, it's important that we
16 take turns speaking. I'm going to try to be
17 careful not to speak over you, and I assume that
18 you will agree not to speak over me as well?
19    A.  Yes.
20    Q.  In addition, there may be times when we
21 need to take a break. You might need to use the
22 restroom or speak with your attorney. The only
23 thing that I ask is if you need to take a break,
24 if we're in the middle of a question, if you
25 would just resolve that question and answer

**10**

1 before we take a break. Would you agree to that?
2    A.  Yes.
3    Q.  Did you meet with Mr. Ogles before this
4 deposition today?
5    A.  Yes.
6    Q.  Do you understand generally what the
7 procedures for the deposition are?
8    A.  Yes.
9    Q.  Do you understand you have taken an
10 oath to tell the truth?
11    A.  Yes.
12    Q.  You understand that will be the same
13 oath that you will take as a witness if this case
14 ends up, you know, going to a hearing and you end
15 up having to testify in Court?
16    A.  Yes.
17    Q.  Is there any reason that you feel you
18 cannot testify fully and accurately today?
19    A.  No, I don't. No.
20    Q.  Are you taking any medications that may
21 impair your thinking or your ability to answer
22 questions or testify truthfully?
23    A.  I'm not taking anything that would do
24 that.
25    Q.  No drugs?

**11**

1    A.  No.
2    Q.  No alcohol?
3    A.  No.
4    Q.  Are you aware of any physical or mental
5 abilities that would interfere with your ability
6 to testify today?
7    A.  No.
8    Q.  If you end up answering a question that
9 I ask you sometime today and you later understand
10 it may have been inaccurate, will you agree to
11 let us know?
12    A.  Yes.
13    Q.  If you would please, could you tell us
14 your full name and spell it?
15    A.  Tippanee Jermaine Waller Henson, is my
16 full name and to spell it, Tippanee is T-I-P-P-A-
17 N-N-E-E, Waller, W-A-L-L-E-R, Henson, H-E-N-S-O-
18 N.
19    Q.  Do you have any nicknames that you go
20 by?
21    A.  Tippy.
22    Q.  Tippy?
23    A.  Mm-hmm (indicating affirmatively.)
24    Q.  How long have you gone by Tippy?
25    A.  All my life.

**12**

1    Q.  Who calls you that generally?
2    A.  Friends, families.
3    Q.  How old are you, Ms. Henson?
4    A.  52.
5    Q.  What's your date of birth?
6    A.  ■.
7    Q.  I understand you've been married. Can
8 you tell us to whom you've been married and when?
9    A.  John Henson. November 17th, 2003.
10    Q.  How long were you married?
11    A.  We didn't get divorced to 2024. Over,
12 over 20 years.
13    Q.  Do you know the date when you got
14 divorced?
15        MR. OGLES:  Yes. You had a divorce
16 decree this year?
17        DEPONENT:  What the...
18        MR. OGLES:  She doesn't read well
19 things, I'm going to just tell you that the
20 divorce decree states they were divorced January
21 4th, 2024.
22 CONTINUATION OF DIRECT EXAMINATION
23 BY MS. JEGLEY:
24    Q.  Is that the only marriage you've had?
25    A.  No, I've been married once before.

**13**

1    Q.  Who were you married to before?
2    A.  Howard Lewis.
3    Q.  When were you all married?
4    A.  1990 to 1993.
5    Q.  With respect to Mr. Henson, did you two
6 live together?
7    A.  Yes.
8    Q.  The entirety of your marriage?
9    A.  Until he left the home, yes.
10    Q.  Can you tell me the dates from which
11 you started living with Mr. Henson until you all
12 separated?
13    A.  The marriage's date, which will be
14 November 17th until June, I mean, June 18th,
15 2018.
16    Q.  You all did not live together before
17 you were married?
18    A.  No.
19    Q.  I'm sorry, I missed what you said when
20 you separated. June 18th, when?
21    A.  June 18th, 2018.
22    Q.  Where did you all live?
23    A.  We lived at ■ Then we moved
24 to ■ and then we
25 moved to ■ 2000, I mean, ■

**14**

1 ████████████████████
2   Q.  When did you live at Homer Atkins
3 together?
4   A.  Homer Atkins we stayed there 2003 is
5 when he moved in, around 2000 and, around 2006,
6 we moved to ████████████ stayed there for
7 three years and moved to ████████ and
8 stayed there for three years.
9   Q.  I have you at ████████ from 2003 to
10 2006, is that accurate?
11  A.  Yes.
12  Q.  Then at ████████ from 2006 to
13 sometime in 2009?
14  A.  Yes.
15  Q.  Then I have you at ████████
16 ████ from 2009 to 2012?
17  A.  Yes.
18  Q.  Where did you live with...
19  A.  I'm sorry, 2013.
20  Q.  2013?
21  A.  Yes.
22  Q.  Where did you live with Mr. Henson from
23 2013 on?
24  A.  2013 we separated and he lived
25 somewhere else. I moved back to my original home,

**15**

1 which was ████████
2   Q.  How long were you all separated in
3 2013?
4   A.  Just a couple of months. Maybe six
5 months.
6   Q.  Six months?
7   A.  Yes.
8   Q.  What happened when you reconciled,
9 where did you live?
10  A.  ████████
11  Q.  Then how long after you moved back to
12 ████████ did you just stay there or did you
13 and Mr. Henson live anywhere else?
14  A.  No, we just stayed there.
15  Q.  From 2013 until you separated June
16 18th, 2018?
17  A.  Yes.
18  Q.  Thank you. When you separated in 2013,
19 did either of you file for divorce?
20  A.  He did.
21  Q.  He did?
22  A.  Yes, he did.
23  Q.  What was the ultimate conclusion of
24 that divorce?
25  A.  I don't, in the, I do not remember. I

**16**

1 don't remember.
2   Q.  You don't know if you ended up actually
3 divorced or did...
4   A.  Oh, we wasn't. We, we didn't divorce.
5   Q.  It was not a successful divorce?
6   A.  No, it wasn't.
7   Q.  Then in June of 2018 you guys separated
8 again. Can you kind of tell me the circumstances
9 surrounding that?
10  A.  Well, I didn't know he was, he was
11 going to move out. He never said anything about
12 that. He said he was going, his mother died in
13 January. They buried her in February, and the
14 house needed to be cleaned out and find his
15 brother somewhere to stay. That's what I was
16 told. I as that was happening all of a sudden,
17 out the blue, I'd get a summons that I'm a, a
18 summons for divorce.
19  Q.  He moved out on that?
20  A.  That was in 2021.
21  Q.  After June 18th, 2018, did he ever
22 return to your marital home to live with you?
23  A.  Not to live.
24  Q.  Where did he go?
25  A.  He went to ████████

**17**

1   Q.  Is that a house that he owned or...
2   A.  His mother, I don't know how that went.
3 But his, his mother was staying there for years,
4 but I don't know anything else after that.
5   Q.  Did you ever stay at ████████
6 ████?
7   A.  No.
8   Q.  You never lived there? Who else did he
9 live with?
10  A.  His brother Lui Atigan, and that was
11 it.
12  Q.  Lui Atigan?
13  A.  Yes.
14  Q.  That is in fact his brother?
15  A.  Yes.
16  Q.  How long did Mr. Henson live at ████
17 ████████
18  A.  To my knowledge, I think he's still
19 there.
20  Q.  Did you and Mr. Henson have kids
21 together?
22  A.  No. I had four and he had one.
23  Q.  You have four kids. What are their
24 names?
25  A.  I have Karrington Shelton, Madison

**18**

1  Shelton, Brennan Shelton, and London Shelton.
2    Q.  Karrington, Madison, London, and I'm
3  sorry, I didn't catch the third one.
4    A.  Brennan.
5    Q.  Huh?
6    A.  Brennan Shelton.
7    Q.  Brennan?
8    A.  Uh-huh (Indicating affirmatively).
9    Q.  How old are they?
10   A.  Oh, Karrington is 28. Madison is 26,
11  Brennan should be 25, and London should be 23.
12   Q.  You had a lot of kids like that were
13  young together. That's a lot.
14   A.  Yes. They were back to back. Yeah, they
15  were back to back.
16   Q.  Did they live with you and Mr. Henson?
17   A.  Yes, and Jaleel Henson, he brought the
18  son.
19   Q.  Oh, okay. His son was Jaleel?
20   A.  Uh-huh (Indicating affirmatively).
21   Q.  How old is Jaleel?
22   A.  Jaleel should be 31.
23   Q.  they all lived with you and Mr. Henson?
24   A.  Yes.
25   Q.  Did your children live with you at the

**19**

1  time you all separated?
2    A.  Yes.
3    Q.  What about Jaleel? What happened with
4  him?
5    A.  He went with his dad.
6    Q.  Did he go to live with him at ████
7  ████████. I'm not sure.
8    A.  I'm not sure.
9    Q.  I see. But he didn't live with you?
10   A.  No, he didn't live with me.
11   Q.  Can you tell me a little bit about your
12  educational background?
13   A.  I just, high school and just classes
14  for childcare and that's it, and I did that in
15  Germany.
16   Q.  Did you serve in the military?
17   A.  No, my husband was in the military.
18   Q.  Who?
19   A.  Howard Lewis.
20   Q.  Oh, okay.
21   A.  He was in the military and we went to
22  Germany for three years and they asked me to take
23  some classes and babysitting, and that's what I
24  did.
25   Q.  But you never served?

**20**

1    A.  No, I didn't.
2    Q.  Do you have any social media accounts?
3    A.  I have one, two.
4    Q.  What are they?
5    A.  Facebook and Instagram.
6    Q.  Did you review documents in preparation
7  for this deposition?
8    A.  Yes.
9    Q.  What did you review?
10   A.  The, I reviewed everything that I had
11  submitted to the last judge and to my lawyer.
12       MR. OGLES:  It's the documents I
13  emailed you yesterday.
14   Q.  Do you have access to those documents
15  now?
16   A.  Yes.
17       MR. OGLES:  We do. You'll have to
18  tell which ones you want to go through.
19   Q.  Did you speak to anyone other than your
20  attorney in preparing for this deposition?
21   A.  No.
22   Q.  Do you have any criminal history?
23   A.  No.
24   Q.  Going back to ████████████ when
25  Mr. Henson moved there? I don't know. Hang on.

**21**

1  Sorry. I had a computer mishap. Do you know who
2  paid the rent or the mortgage for him at ████
3  ████████████.
4    A.  I don't know.
5    Q.  Do you know how much it was?
6    A.  I, I don't know that either.
7    Q.  When you lived with him during the
8  course of your marriage, who paid the rent or the
9  mortgage for the houses that you lived in?
10   A.  He did. He took, yes. He took care of
11  all bills and everything paid.
12   Q.  Do you know how he paid them?
13   A.  Cash maybe, some checks, mostly cash
14  back then.
15       MR. OGLES:  Amanda, I want to make
16  sure that you all go up. She said he paid the
17  bills, but are you asking if he fine with the
18  bills or are you just asking who wrote the check
19  or went to the bill company and paid them?
20  Because it's a big difference?
21       MS. JEGLEY:  Well, what I asked is
22  who paid the rent and the mortgage?
23       MR. OGLES:  Okay, that's fine if
24  she said that, but I didn't want you to think
25  that she was just a housewife.

22

1    DEPONENT:  No.
2    MS. JEGLEY:  Well, we're going to
3 talk about her...
4    MR. OGLES:  I'll stay out of it,
5 I'll get back to my concentration.
6 CONTINUATION OF DIRECT EXAMINATION
7 BY MS. JEGLEY:
8    Q.  My question was how did he pay it
9 though and she answered cash checks, but mostly
10 cash?
11    A.  Yes.
12    Q.  That's all bills?
13    A.  Mostly all, yes.
14    Q.  I would like to ask you going back to
15 the address at ▮▮▮▮▮ was that a house?
16    A.  Yes.
17    Q.  Who owned it?
18    A.  I do, Tippanee Henson.
19    Q.  You own it.
20    A.  Yes.
21    Q.  How did you purchase it?
22    A.  I purchased it when I came, when I
23 divorced, when I came back from Germany, I had
24 $43,000, and when I came back, I bought me a car
25 and, and well bought a car and put a down payment

23

1 on my house. That's the first thing I had done
2 when I came back and got a divorce.
3    Q.  That down payment was on the address at
4 ▮▮▮▮▮
5    A.  Yes.
6    Q.  The ▮▮▮▮▮▮▮▮▮ did you all
7 own or did you rent that one?
8    A.  Which one?
9    Q.  ▮▮▮▮▮▮▮
10    A.  Oh, that was a rental.
11    Q.  What about ▮▮▮▮▮▮▮
12    A.  Rental.
13    Q.  He paid the rent on those houses?
14    A.  Yes.
15    Q.  For you all?
16    A.  Yes.
17    Q.  He paid your mortgage as well?
18    A.  Yes.
19    Q.  The house at ▮▮▮▮ ▮▮▮
20    A.  Yes.
21    Q.  Then, like your electricity bill, your
22 cable bill, your utilities...
23    A.  All of that.
24    Q.  He paid for all of that?
25    A.  Yes.

24

1    Q.  You said earlier that he paid cash and
2 check, did he have any other, like online payment
3 that you're aware of or?
4    A.  I'm not sure.
5    Q.  How much was your mortgage at Homer
6 Atkins?
7    A.  Oh, at the time it was like $538.
8    Q.  When was the time?
9    A.  When I first purchased it and it went
10 up from there, like, and still today it's only
11 $600, $700.
12    Q.  During the course of the entire time
13 that you've owned Homer Atkins, the house at
14 Homer Atkins, is it fair to say that your
15 mortgage was between $538 and $700 per month?
16    A.  Yes. Yes.
17    Q.  Then?
18    A.  We tried to sell it for three years, so
19 we didn't pay any, any money on it, but $49 to
20 keep the, it was a, we trying to sell it, and
21 when you sell it you, you don't have to pay the
22 full amount at that time.
23    Q.  But you didn't ultimately end up
24 selling it?
25    A.  No, we didn't.

25

1    Q.  Do you recall how much the rent was for
2 the ▮▮▮▮▮▮ house?
3    A.  Oh, $900, I guess, I think.
4    MR. OGLES:  If you don't know,
5 that's fine. If you do know, I want you to tell
6 her.
7    DEPONENT:  Okay. I don't know.
8    Q.  Thank you. What about at ▮▮▮▮
9 ▮▮▮▮▮?
10    A.  I know that was $1500.
11    Q.  Per month?
12    A.  Yes.
13    Q.  Let's talk about your work history. If
14 you could just kind of give me from, I guess,
15 let's just talk about from 2003 on when you
16 married Mr. Henson. What did you do for an
17 occupation?
18    A.  Around the Clock Childcare.
19    Q.  Around the Clock Childcare?
20    A.  Yes.
21    Q.  You were the manager owner?
22    A.  Yes.
23    Q.  How long had you been the manager
24 owner?
25    A.  From, from 2003 to 2010.

26

1    Q.  Do you know when in 2003?
2    A.  I don't know.
3    Q.  Do you know when in 2010,
4    A.  December, 2010, 31st.
5    Q.  December 31st, 2010?
6    A.  Yes.
7    Q.  Where was that?
8    A.  In ████████, on ████████
9    ████
10   Q.  When did you incorporate Around the
11  Clock Childcare?
12   A.  In 2003.
13   Q.  How was the business formed?
14   A.  In that, before that I had little Red
15  Wag and the, that was with me and my aunt. She
16  got breast cancer, and so she had to leave, so I
17  had to run it, and I was, I had so, too many
18  kids, so I had to move to a different building,
19  so I changed it to around the Clock.
20   Q.  But did you incorporate it?
21   A.  It would, it had an LLC.
22   Q.  Oh, it was an LLC?
23   A.  Yes.
24   Q.  You started that LLC?
25   A.  Yes.

27

1    Q.  Did you register it with the Secretary
2  of State?
3    A.  Yes.
4    Q.  Who is the registered agent?
5    A.  I have, I don't know. I don't know
6  that.
7    Q.  Did you have any partners?
8    A.  I had one partner, and her name was
9  Michelle. oh, I can't think of her last name. Oh,
10  Michelle Henderson.
11   Q.  Michelle Henderson?
12   A.  Yes.
13   Q.  How did you know her?
14   A.  From high school.
15   Q.  From high school?
16   A.  Yes.
17   Q.  Was she a friend of yours?
18   A.  Yes.
19   Q.  Do you have her contact information?
20   A.  No, we fell out over the daycare, and
21  she left the daycare and moved on.
22   Q.  When was that?
23   A.  That was like 2006.
24   Q.  Were there any other owners of Around
25  the Clock Childcare, LLC?

28

1    A.  Not that I know of until now. John
2  turned it over into his name
3    Q.  When?
4    A.  The, the last I know of was before, in
5  2009.
6    Q.  What do you mean by he turned it over
7  to his name?
8    A.  I don't know. When I got the tag, when
9  I started looking through all this stuff for my
10  divorce, I saw his name up there and it said John
11  Henson owned Around the Clock, and I knew nothing
12  of that. I don't know when he did it. I just know
13  when I saw it.
14   Q.  But how would he have done that?
15   A.  I don't know. He did a lot of things.
16  Just write my name or anything. I don't know. He
17  signed my name to a lot of things that I had no
18  clue of.
19   Q.  Well, going back to Around the Clock
20  Childcare, you said that you closed it sometime
21  in December 31st, 2010?
22   A.  Yes.
23   Q.  Why did you close it?
24   A.  The building, he wouldn't do anything
25  about the, the plumbing and the air, and he, he

29

1  wasn't going to do anything. It went into floor
2  closure.
3    Q.  When you say he, who are you referring
4  to?
5    A.  His name was Mr. Gwatney.
6    Q.  Mr. Gwatney?
7    A.  Yes. Gwatney Chevrolet. What's his
8  name? Yeah. I can't think of his first name.
9        MR. OGLES:  Harold Bill?
10        DEPONENT:  It was maybe Harold,
11  who's the oldest.
12        COURT REPORTER:  Could you spell
13  Gwatney for me?
14        DEPONENT:  I'm sorry?
15        COURT REPORTER:  Could you spell
16  Gwatney
17        MR. OGLES:  Gwatney Chevrolet?
18        COURT REPORTER:  I don't know from
19  there.
20        MR. OGLES:  I can get it for you.
21  Hang on.
22        MS. JEGLEY:  I think it's G-W-A-T-
23  N-E-Y, is that correct?
24        MR. OGLES:  I don't know. It says
25  G-W-A-T-N-E-Y.

30

1          COURT REPORTER:  Thank you.
2          MR. OGLES:  Harold is the father
3  of Bill. They're both dead now.
4          DEPONENT:  Yeah.
5  CONTINUATION OF DIRECT EXAMINATION
6  BY MS. JEGLEY:
7      Q.  You rented the building from Harold
8  Gwatney?
9      A.  Yes.
10     Q.  You didn't own the building of the
11 childcare?
12     A.  No.
13     Q.  That's that ███████
14     A.  Yes.
15     Q.  In ███████  That's the address?
16     A.  Yes.
17     Q.  What did you do to wind down that
18 business?
19     A.  We just had to close it. Also the
20 government was doing vouchers at that time, and
21 once they stopped the vouchers, it, the, that
22 almost just threw me to a loop, I mean, to
23 children under the, I had maybe 10 kids left and
24 it wasn't, it wasn't lucrative anymore.
25     Q.  What vouchers are you talking about?

31

1      A.  The State voucher, DHS State vouchers.
2  For childcare.
3      Q.  Do you know what the name of that
4  program was?
5      A.  No.
6      Q.  If you closed in December 31st, 2010.
7  Then what did you do?
8      A.  Then we went to Tuff World Trucking and
9  Queens of Jeans.
10     Q.  What was your position there?
11     A.  Still the owner.
12     Q.  When you say Tuff World Trucking and
13 Queen of Jeans, is that separate companies? Like
14 can you kind of explain that?
15     A.  We're separate companies.
16     Q.  You were the owner of both?
17     A.  Yes.
18     Q.  Let's go through Tuff World Trucking.
19 When did you start that company? Or did you?
20     A.  That was in 2010 to 2012.
21     Q.  What kind of company was it?
22     A.  It was a trucking company. We hauled,
23 rice, apples things like that, of that nature. It
24 was a hopper bottle. Anything, the hopper bottom?
25     Q.  What's that?

32

1      A.  That's the, that's a truck, the end of
2  the truck where you carry food and, and things
3  like that. No refrigeration.
4      Q.  You said you formed that company in
5  2010. Do you remember when?
6      A.  No.
7      Q.  Was it an LLC? Was it a...
8      A.  LLC.
9      Q.  Did you register it with the Secretary
10 of State?
11     A.  Yes.
12     Q.  Under what name?
13     A.  Linda Tippanee Henson.
14     Q.  Did you have any other partners or
15 owners?
16     A.  Just John, John Henson and I.
17     Q.  What was the location of that business?
18     A.  That was, oh, 24 truck and we ran out
19 of ███████
20     Q.  Your home address?
21     A.  Yes.
22     Q.  Who are your customers?
23     A.  We got customers off the, off of
24 loading, off the truck and loading dock. You go
25 to the website and you pick which loads you go to

33

1  want to go to here, ███████
2  different places.
3      Q.  You got your customers online?
4      A.  Yes.
5      Q.  One thing I forgot to ask you that I'd
6  like to revisit, I'm sorry I'm switching. But I
7  want to go back to your Around the Clock
8  Childcare. As manager and owner of that, did you
9  draw, how did you draw your income from Around
10 the Clock Childcare?
11     A.  Myself.
12     Q.  I'm sorry.
13     A.  I paid myself.
14     Q.  How much did you pay yourself?
15     A.  $800 a week every two weeks.
16     Q.  $800 a week?
17     A.  Every two weeks.
18     Q.  $400 a week?
19     A.  Yes, you could say.
20     Q.  Was that the entirety of what you paid
21 yourself from 2003 to 2010, or did it show up?
22     A.  John also paid, got paid $800 a week
23 also.
24     Q.  Who handled the accounting for that
25 company?

34

1    A.  John Henson.
2    Q.  But you just said I paid myself, so I'm
3  assuming, did you have access to the account?
4    A.  Yes.
5    Q.  Who else did you pay as part of Around
6  the Clock? Did you have employees?
7    A.  I had 15 to 20 workers.
8    Q.  How much did they get paid?
9    A.  There was just normal wage.
10    Q.  Do you recall what the minimum wage
11  was?
12    A.  $9.25 an hour.
13    Q.  How much did you charge for the
14  services that this company provided?
15    A.  Paying customers was $120 a week, and
16  the rest DHS is paid, which they paid about two
17  something a week for each child.
18    Q.  Are you referring to the voucher
19  program?
20    A.  Yes.
21    Q.  That was how much?
22    A.  200 per child per week.
23    Q.  Was that from 2003 to 2010, did that
24  ever change?
25    A.  No. It didn't change.

35

1    Q.  The amount that paying customers or the
2  vouchers?
3    A.  No, it didn't change. I can't, I
4  couldn't adjust that. It was all through the DHS.
5    Q.  Who took the payments from the
6  customers and the vouchers?
7    A.  Oh, I did.
8    Q.  You took the payments. What did you do
9  with the payments?
10    A.  I put them in the, Around the Clock
11  bank.
12    Q.  Which bank was that?
13    A.  ████████████████████
14    Q.  ████████████████████
15    A.  ████████████████████████
16         MR. OGLES: ████████████
17         DEPONENT: ████████████████
18  ██t. Sorry. Sorry.
19    Q.  It's okay. You would deposit it in
20  ████████████ How did you pay
21  your employees?
22    A.  I had a CPA and he wrote the checks out
23  and I go get them, bring them to the daycare, and
24  I just give everybody their check.
25    Q.  Who was that CPA?

36

1    A.  Bob Johnson.
2    Q.  Did he write your check and John's
3  check?
4    A.  Yes. Yes. Everybody's checks.
5    Q.  When you got your paycheck, what did
6  you do with it?
7    A.  I, I brought it home
8    Q.  Did what?
9    A.  I put it in the closet with the rest of
10  our, our money.
11         MR. OGLES:  Did you cash it before
12  you brought it home?
13         DEPONENT:  Yes, I cashed it and
14  brought it home.
15    Q.  Where did you cash it
16    A.  ██████████████████████
17    Q.  How many of your paychecks would you
18  say you cashed?
19    A.  All of them.
20    Q.  Did you have a bank account?
21    A.  Yes.
22    Q.  A personal one?
23    A.  Yes.
24    Q.  Every paycheck you got from Around the
25  Clock Childcare, you're saying you cashed every

37

1  single one?
2    A.  Yes.
3    Q.  You did not deposit it into your
4  account?
5    A.  No.
6    Q.  What was your work schedule like?
7    A.  It varies because the daycare was open
8  24 hours. It depends on, I was always nine to six
9  every day, but some Saturdays, some Sundays, I
10  had to be there myself.
11    Q.  When did John work there?
12    A.  He did bus route from 12:00 p.m. to
13  2:00 p.m.
14    Q.  He didn't work full-time?
15    A.  No.
16    Q.  But he got paid the same as you?
17    A.  Yes.
18    Q.  How often were the employees paid?
19    A.  I'm sorry, say it again?
20    Q.  How often were the employees of Around
21  the Clock Childcare paid?
22    A.  They were two weeks.
23    Q.  Just like you?
24    A.  Yes.
25    Q.  Do you have any contact information for

**38**

1  the employees that work for you?
2      A.  No. I mean, I could get them off
3  Facebook or something, but that's it.
4      Q.  How many customers did you say you had?
5      A.  I had, over the whole time, I had over
6  like 189 kids. We were open from Around the
7  Clock, so I had day kids, I had night kids, and I
8  had early morning kids.
9      Q.  From 2003 to 2010, your income was $800
10  every two weeks and that never changed.
11      A.  It changed.
12      Q.  Do you recall how much Around the Clock
13  Daycare made in profits?
14      A.  I'm not sure of that amount.
15      Q.  Do you recall the expenses?
16      A.  Yes.
17      Q.  I mean, you gave us some tax records,
18  so I just wondered if you were able to answer
19  like, you know, I mean, you filed taxes. Did you
20  have money left over at the end of the year after
21  expenses?
22      A.  Yes.
23      Q.  Where did that money go?
24      A.  It came home.
25      Q.  How much was it?

**39**

1      A.  Sometimes it was 20, I know once was
2  $24,000. After that I didn't, I don't remember
3  anything else. Can't remember.
4      Q.  We'll go back through some of that
5  stuff here in a minute. Let's move back to Tuff
6  World Trucking. The last we were talking about
7  you were describing a Hopper Bob Truck and I
8  believe you told me that you got your customers
9  online. Do you recall any of those customers?
10      A.  No.
11      Q.  Your role in that company was the
12  owner, so what did you do for that company?
13      A.  I made sure the trucks was running
14  properly, get take them to, to the shop, get
15  fixed, the fuel, interviews things of that
16  nature.
17      Q.  Did you get paid?
18      A.  No, I didn't, I didn't give myself a
19  check then.
20      Q.  Why not?
21      A.  I don't, I don't, well, I don't recall
22  why.
23      Q.  You didn't have any income from Tuff
24  World Trucking?
25      A.  I mean, I had some income, whatever was

**40**

1  left it, you know, it was, it was money that was
2  left over from all the trucking, all the trucking
3  were doing, but I just didn't give myself a cash
4  check.
5      Q.  How many trucks did Tuff World Trucking
6  have?
7      A.  Two.
8      Q.  How many drivers?
9      A.  We had two drivers.
10      Q.  Who were they?
11      A.  One was named Hunter, I can't remember
12  his, and I know it was Daniel Alexander, Dan
13  Alexander. Hunter, I can't remember his last
14  name. No, his first name and I can't remember the
15  other man's name at all. I just don't remember
16  that. We had so many, so. We had a lot.
17      Q.  You what?
18      A.  We had a lot of truckers. We have to
19  hire a lot of truckers because if they don't do
20  what we say, then, you know, they get frustrated.
21  An argument happens, they quit. We have to hire
22  another person, and that would happen really
23  frequently. I can't just say who drove the
24  trucks. It was like multiple people drove the
25  trucks.

**41**

1      Q.  Where did you get the trucks from?
2      A.  We bought those out of Stuttgart,
3  Arkansas and that was from a man, and I can't
4  recall his name either.
5      Q.  When did you buy them?
6      A.  We bought those in 2010.
7      Q.  Did you finance them?
8      A.  No. Pay cash.
9      Q.  How much?
10      A.  $16,000 for one, and I can't recall
11  the, the second one.
12      Q.  Do you have an estimate?
13      A.  I think it was like maybe $20,000.
14      Q.  How did you have $36,000 to spend on
15  two trucks?
16      A.  We had that in cash. That was from all
17  the years we'd been taking our own home.
18      Q.  In 2010, how much money did you have
19  saved up in cash?
20      A.  I got over a $100,000.
21      Q.  Going back to Tuff World so you had two
22  trucks, you had two employees. At any given time,
23  did you or John drive those trucks?
24      A.  No.
25      Q.  Did you need a CDL to drive them?

42

1    A.  Yes.
2    Q.  Did you have one?
3    A.  No.
4    Q.  Did John have one?
5    A.  No.
6    Q.  Whose idea was it to get in the
7  trucking business?
8    A.  My father-in-law.
9    Q.  Who's your father-in-law?
10   A.  Danny Alexander.
11   Q.  Danny Alexander?
12   A.  Yes.
13   Q.  That's John's dad?
14   A.  No, that's my stepdad.
15   Q.  Oh, okay.
16   A.  Ex stepdad...
17   Q.  Ex stepdad...
18        MR. OGLES:  Ex father-in-law?
19        DEPONENT:  No, my ex stepdad.
20        MR. OGLES:  Oh, okay. You said
21  father-in-law, that's why.
22        DEPONENT:  Oh, I mean, stepdad.
23  CONTINUATION OF DIRECT EXAMINATION
24  BY MS. JEGLEY:
25   Q.  You said it was in business from two

43

1  2010 to 2012. When did it close in 2012.
2    A.  I, I can't, I, I can't recall that
3  month.
4    Q.  How much did you pay your employees?
5    A.  They had over, you know, some $2,000.
6    Q.  How often?
7    A.  Every week.
8    Q.  $2,000 a week?
9    A.  Yes, because there was going long haul.
10  They was going from Arkansas to Stuttgart, to
11  California to Ohio, places like that.
12   Q.  What were they reporting?
13   A.  Many cents per month, I mean, per, per
14  mile.
15   Q.  How did you pay them?
16   A.  With the check.
17   Q.  Did you have a CPA handling your
18  payroll or did you do it yourself?
19   A.  We did it ourselves.
20   Q.  How did your customers pay you?
21   A.  In checks.
22   Q.  How did you determine what to charge
23  them?
24   A.  No, they offer what they would give for
25  that loan to go to that place, so that wasn't to

44

1  me.
2    Q.  I apologize for interrupting. Is it
3  like a bidding process?
4    A.  Yes.
5    Q.  Approximately how much did Tuff World
6  Trucking growth in 2010, 2011 and 2012
7    A.  Over, over a hundred thousand. I know
8  for sure.
9    Q.  Do you know the exact number?
10   A.  No.
11   Q.  Is that every year or is that in total?
12   A.  That was every year.
13   Q.  Every year?
14   A.  Yes.
15   Q.  You paid your employees $2,000 a week,
16  and that was weekly?
17   A.  Yes. Sometimes, yes.
18   Q.  What was their schedule like?
19   A.  Their schedule was from, they take the
20  load to California. They had a break within that
21  eight hours, so they drove eight hours and then
22  they drive another eight hours. I mean, they
23  drive eight hours, they take a break, and then
24  after their break, which was an hour, they get
25  back in the truck and for another eight hours, so

45

1  every, they had a break every eight hours.
2    Q.  Who can verify all that information?
3    A.  John Henson.
4    Q.  Anybody else?
5    A.  The workers. I, that I, that I, I don't
6  have in touch with them since after 2012.
7    Q.  Do you have any records at home?
8    A.  No. The only thing I found was the last
9  year of the truck, of the trucking company. The
10  tax, on the taxes?
11   Q.  Yes.
12   A.  2013 the taxes was $201,000.
13   Q.  What does that figure represent?
14   A.  That represents what we made that year.
15  Wait a minute. Yeah, sorry.
16   Q.  Yeah. The $201,478, that's the gross?
17   A.  Yes.
18   Q.  You had expenses and deductions, and it
19  shows that your ordinary business income was
20  about a little over $5,000. Am I reading that
21  right?
22   A.  Where is that?
23   Q.  Line 21.
24   A.  I don't see that.
25        MR. OGLES:  Right. Hang on a

46

```
1   second. Let me help her. My son's...
2           DEPONENT:  This is...
3           MR. OGLES:  ...distracting me,
4   calling me, texting. What that 2013 Line 21, it
5   says $5,868?
6           DEPONENT:  Yes.
7     Q.   Was that your income from Tuff World
8   Trucking?
9     A.   Yes. Yes.
10    Q.   Where did that money go? What did
11  you do with it?
12    A.   That money came home also.
13    Q.   But how did it come home?
14    A.   Cash.
15    Q.   How did you get it in cash form?
16    A.   Checks.
17    Q.   I would assume you wrote a check on the
18  business account to yourself?
19    A.   I'm assuming that's what he did.
20    Q.   When you say he, who are you talking
21  about?
22    A.   John Hanson.
23    Q.   You didn't bring home $5,868 from this
24  business, did you?
25    A.   He did.
```

47

```
1     Q.   How do you know he did?
2     A.   Because he was over all the, the money
3   and things.
4     Q.   He was over all the money?
5     A.   Took, he took over all the finances and
6   we had.
7     Q.   Well, let me ask you this. Did you
8   witness him bring home the cash?
9     A.   Yes.
10    Q.   When?
11    A.   I can't recall the month, but I saw it.
12    Q.   How much, I mean, how much was it? What
13  kind of bills was it in?
14    A.   Twenties, fives, tens, hundreds.
15    Q.   Your testimony is, is that he brought
16  that $5,868 home one day. You don't know when,
17  but he brought home that exact amount of cash, is
18  that what you're saying? You saw that?
19    A.   Yes. Yes.
20    Q.   What did he do with it?
21    A.   He put it in a filing cabinet in the
22  closet with the key, but we kept all our money.
23    Q.   Why did Tuff World Trucking it close?
24    A.   It was, because it was in my name and
25  he took it out of my name and put it in his son's
```

48

```
1   name, JJJC Trucking.
2     Q.   When was that?
3     A.   2014 to 2017.
4     Q.   But I thought you said that Tuff World
5   Trucking closed in 2012?
6     A.   It did. Then we started JJJC Trucking.
7     Q.   But you just said that that started in
8   2014?
9     A.   Yes.
10    Q.   There was no trucking business between
11  2012, all of 2013 and sometime in 2014?
12    A.   Yes, because we tried to get a divorce
13  and 13, and when the judge told him he had to put
14  everything down, that's when he started switching
15  all everything over to his brother and his son,
16  so I have no access after that.
17    Q.   Let's revisit again. Let's go back to
18  Queen of Jeans. Who is the owner of that?
19    A.   That was me also.
20    Q.   You alone?
21    A.   Well, it's always been my name, but he
22  always right beside me, John Henson.
23    Q.   What was Queen of Jeans? Tell me about
24  that.
25    A.   It was, it was, I, I was, it was when
```

49

```
1   the skinny jeans came out, I had, I had 800 pair
2   of those jeans and I put it in the store and
3   sandals and that, that address is 2614 Pike
4   Avenue, Jacksonville, Arkansas, I mean North
5   Little Rock, Arkansas,
6     Q.   2614 Pike Avenue, North Little Rock?
7     A.   Yes.
8     Q.   How was that business formed?
9     A.   We still doing the trucking and I don't
10  know how that started, but it was someone that
11  was selling jeans and sandals and for a cheap
12  price so we, we got, we bought the, all the jeans
13  and the shoes.
14    Q.   But I think my question is how was the
15  business formed? Like, was it an S-corp? Was it a
16  LLC? What kind of business was it?
17    A.   It should have been an LLC too. A
18  clothing and jeans.
19    Q.   Did you draft all of like the
20  incorporation paperwork for each of these
21  businesses?
22    A.   I tried to find it, I couldn't.
23    Q.   No, but what I'm asking you is, did you
24  draft the paperwork yourself? Did you have a
25  lawyer do it? How did that work?
```



50

1    A.   The CPA did it.
2    Q.   Oh, the CPA did it?
3    A.   Yes.
4    Q.   Bob Johnson?
5    A.   Yes.
6    Q.   When did Queen of Jeans start?
7    A.   That's through 2010 through 2012.
8    Q.   2010 through 2012 as well?
9    A.   Yes.
10   Q.   When in 2010 and when in 2012
11   A.   Maybe that was summer 2010 and I don't
12   know, in 2012.
13   Q.   Were there partners listed on the
14   incorporation?
15   A.   No.
16   Q.   Any other owners listed?
17   A.   No.
18   Q.   Just you and just John Henson?
19   A.   Yes.
20   Q.   Was this business registered with the
21   Secretary of State?
22   A.   Yes.
23   Q.   Who was the registered agent for it?
24   A.   I don't remember that, it took time to
25   decide.

51

1    Q.   How long was Queen of Jeans at 2614
2    Pike?
3    A.   It was just for two years.
4    Q.   Did you rent like a commercial space or
5    did it own it?
6    A.   Yes, I rented a space.
7    Q.   Who did you rent it from?
8    A.   Oh, my goodness. I can't...
9         MR. OGLES:  If you don't know.
10   That's fine if you don't know the gentleman?
11        DEPONENT:  No, I don't know at
12   this time.
13   Q.   You don't know?
14   A.   No, I don't.
15   Q.   Do you remember how much you paid in
16   rent?
17   A.   How much... I can't remember that.
18   Q.   Did you work at that physical location?
19   A.   Yes.
20   Q.   Who can verify it? That Queen of Jeans
21   was that address?
22   A.   My insurance, the CPA, John Henson, my
23   children.
24   Q.   Did you have a schedule when you worked
25   there?

52

1    A.   We opened at 9:00 a.m. until 6:00 p.m.
2    Q.   Did you have any employees?
3    A.   No.
4    Q.   Who worked there?
5    A.   It was just me and the kids.
6    Q.   Did you pay yourself?
7    A.   No.
8    Q.   You didn't pay yourself?
9    A.   No.
10   Q.   How did you get by then?
11   A.   I mean, that would be John's part. He
12   took care of all the finances and everything.
13   Q.   Did he pay himself from Queen of Jeans?
14   A.   No, he did not.
15   Q.   Did he get paid from Truck Tuff World
16   Trucking?
17   A.   No, he did not.
18   Q.   You had these two companies between
19   2010 and 2012. Where did your income come from?
20   A.   We already had money already, and
21   whatever's left on of the business that we kept.
22   Q.   After Queen of Jeans, what did you do
23   then?
24   A.   Then JJJC trucking came and he took
25   that over and over from me.

53

1    Q.   What does that mean?
2    A.   He, he took it over as in, put it in
3    his son's name.
4    Q.   Did you perform any work for that
5    business?
6    A.   I did. I did some like, you know,
7    getting it fixed, going to pay for it to get
8    fixed buying, buying things for the truck, like
9    if something broken or something like that.
10   Q.   Did you get paid?
11   A.   Hiring.
12   Q.   Did you get paid?
13   A.   No, not by a check.
14   Q.   What did you get paid by?
15   A.   I didn't get paid anything. It was just
16   all in his hands. As long as the bills got paid,
17   I was fine.
18   Q.   When did JJC, you said earlier it
19   started in 2014?
20   A.   Yes.
21   Q.   2013, you didn't work at all anywhere
22   for any company. You didn't have any companies
23   and you didn't have a job, is that correct?
24   A.   That's correct.
25   Q.   But sometime in 2014, do you know when?

**Page 54**

1    A.  No, I, I can't. No.
2    Q.  How many employees did JJJC Trucking
3  have?
4    A.  Oh my goodness, it was the same way.
5  It, it had a lot of people, I mean, because they
6  just didn't do right. I mean, we had to hire a
7  lot, so all the time we have to hire...
8    Q.  How many truck...
9    A.  ...somebody every month.
10    Q.  Sorry, I apologize for interrupting
11  you. Go ahead.
12    A.  I said, you said how many trucks?
13    Q.  How many trucks did JJJC tracking have?
14    A.  The same truck, yeah. Two.
15    Q.  Two?
16    A.  It came from Tuff World Trucking.
17    Q.  How long was that business in
18  operation?
19    A.  Until, my knowledge until 2017, to my
20  knowledge.
21    Q.  When in 2017?
22    A.  I can't remember that date either. I'm
23  sorry.
24    Q.  That's okay. You did not get paid at
25  all from JJJC Trucking between 2014 and 2017?

**Page 55**

1    A.  No, John handled all of the money.
2    A.  I paid all those.
3    Q.  You wouldn't have saved any cash from
4  that company during that time period?
5    A.  Well, but I also was selling things
6  from Around the Clock. I had three vans. I had to
7  sell all the, the furniture from the daycare, the
8  building was 6,000 square feet, so I had a lot of
9  things to sell to help us.
10    Q.  I believe you previously said that you
11  worked at the VA hospital?
12    A.  Yes.
13    Q.  What did you do there?
14    A.  I worked, they paid me to, they paid me
15  to, to take care of his urine and his, his vows.
16  I mean his, why don't, I can't think what you
17  call it, but they paid me to discard his, his
18  urine and his bowels.
19    Q.  Who are you talking about?
20    A.  ▮▮▮▮▮
21    Q.  Can you put me? Yes. He was...
22    MR. OGLES:  Hang on a second. Stop
23  for a second. Just don't say names you might be
24  hip a violation there, Amanda.
25    MS. JEGLEY:  I'm not, I just

**Page 56**

1  wasn't understanding, like...
2    MR. OGLES:  I know you weren't,
3  but I didn't catch it either. Let's not say names
4  of your patients.
5    DEPONENT:  Okay.
6    MS. JEGLEY:  I didn't realize that
7  he was a patient. I apologize.
8    MR. OGLES:  Yes.
9  CONTINUATION OF DIRECT EXAMINATION
10  BY MS. JEGLEY:
11    Q.  Tell me what your position was at the
12  VA?
13    A.  To remove his bowels, remove the, his
14  waste.
15    MR. OGLES:  What your job
16  description were you hired as a nurse?
17    DEPONENT:  Yes, a caretaker.
18    A.  A caretaker, okay. Was that home
19  healthcare or was that in the hospital?
20    A.  No, that was, he had his own apartment.
21    Q.  A home healthcare?
22    A.  Yes. He also, okay, sorry.
23    Q.  No, finish your thought?
24    A.  The VA paid me $400 a month to get rid
25  of his waste, and he paid me out of his own

**Page 57**

1  pocket $400 per week to take care of him.
2    Q.  That $400 a month you received from the
3  VA hospital, was that direct deposited into a
4  bank account or did you receive...
5    A.  Yes, it was.
6    Q.  Let's try not to interrupt each other.
7  I know we're trying to get through this.
8    MR. OGLES:  Hang on. You need a
9  break or are you okay?
10    DEPONENT:  I'm okay.
11    MR. OGLES:  Go ahead. We have gone
12  for over an hour.
13    MS. JEGLEY:  Yes. If we need to
14  take a break, just let me know.
15    DEPONENT:  Okay, I will.
16  CONTINUATION OF DIRECT EXAMINATION
17  BY MS. JEGLEY:
18    Q.  The salary, the $400 a month you got
19  from the VA hospital, I want to make sure I
20  understood that was direct deposited into your
21  bank account?
22    A.  Yes, it was.
23    Q.  Which bank account?
24    A.  ▮▮▮▮▮
25    Q.  Was that a personal checking account?

58

1    A.  Yes, John and I had that, that's a
2  personal, he was on that too.
3    Q.  Then you said earlier that the patient
4  that you were taking care of paid you on his own
5  $400 a week?
6    A.  Yes.
7    Q.  Do you have the account number for the
8  [redacted] You're
9  refer referencing?
10    MR. OGLES:  When you say, can you
11  read it?
12    DEPONENT:  Let me see if that was
13  right one, yeah, there it is.
14    MR. OGLES:  Let me read, it's in
15  my Exhibit I showed you yesterday. The account
16  number is [redacted].
17  CONTINUATION OF DIRECT EXAMINATION
18  BY MS. JEGLEY:
19    Q.  What about the $400 a week you received
20  from your patient? What did you do with that
21  money?
22    A.  Oh, he let me withdraw in front of this
23  bank with his debit card.
24    Q.  But what did you do with the money you
25  got?

59

1    A.  That I got from him?
2    Q.  Yes.
3    A.  Took it home.
4    Q.  What did you do with it?
5    A.  I put it in the drawer.
6    Q.  How long did you take care of him?
7    A.  From 2016 until 2018. Well, he died in
8  2018, January of 2018.
9    Q.  Is there anybody who can verify that he
10  paid you $400 a week?
11    A.  Maybe the VA.
12    Q.  Out of his bank account?
13    A.  Yes.
14    Q.  How would they know about it?
15    A.  Because I had to go through them to get
16  to my patient.
17    Q.  Did you report the $400 a week you
18  received on your income tax?
19    A.  No, I did not.
20    Q.  Did you receive $400 a week from
21  another client between 2008 to 2018?
22    A.  No, I only had that one client.
23    Q.  That was only 2016 through 2018?
24    A.  Yes.
25    Q.  What months?

60

1    A.  January 2018 that was my last month.
2    Q.  I'm sorry.
3    A.  January, 2018 was my last month.
4    Q.  But when did you start taking care of
5  him?
6    A.  I took, I don't know the date of 2016.
7    Q.  Do you know what season approximately?
8    A.  It's going to be summertime.
9    Q.  Really about a year-and-a-half maybe?
10    A.  Yes. Yes.
11    Q.  You had the $400 from the VA direct
12  deposited into your account, but you did not put
13  the $400 a week you received from your client
14  into your account. Is that your testimony?
15    A.  Yes.
16    Q.  Why not?
17    A.  I, I didn't keep anything in the bank.
18    Q.  You didn't keep anything in the bank?
19    A.  No, my grandfather told me not to only
20  years ago.
21    Q.  I also understand that you got child
22  support.
23    A.  Yes. $844 a month.
24    Q.  How much?
25    A.  $844 per month.

61

1    Q.  It was $844 a month, not $4,844 a
2  month?
3    A.  No, $800, $844 per month.
4    Q.  Was that from Howard Lewis?
5    A.  No, that's from Damien Shelton.
6    Q.  Who's Damien Shelton?
7    A.  That was, that's my kid's father's
8  father.
9    Q.  How did you receive that child support
10  A.  That came through direct deposit.
11    Q.  Direct deposit?
12    A.  Yes.
13    Q.  To which bank account?
14    A.  The same bank account. I just gave you
15    Q.  The one ending in [redacted].
16    A.  Yes, [redacted].
17    Q.  That was the direct deposit?
18    A.  Yes, ma'am.
19    Q.  The $844, was that total or was that
20  paid once a month?
21    A.  It was paid every two weeks. I'm just
22  saying for the whole month I got $844, but every
23  two weeks I got $422. Every two weeks.
24    Q.  Thank you for clarifying. I want to go
25  back to the trucks that were for the trucking

62

1  businesses. JJC trucking, you think it closed
2  sometime in 2018, is that accurate?
3      A.  I thought it was 2017.
4      Q.  2017?
5      A.  Yes.
6      Q.  How much inventory did JJJC have?
7      A.  It was...
8      Q.  I'm sorry, not inventory assets?
9      A.  Two trucks, two trailers.
10     Q.  Two trucks. Two trailers.
11     A.  Two trailers, yes.
12     Q.  What happened to those two trucks?
13     A.  He sold them.
14     Q.  Who sold them?
15     A.  John Henson.
16     Q.  When did he sell them?
17     A.  In 2018.
18     Q.  Who did he sell them to?
19     A.  That I don't know.
20     Q.  How much did he sell them for?
21     A.  That I don't know.
22     Q.  What form of payment was presented by
23 the buyers?
24     A.  I don't know.
25     Q.  Did you get that money at all ever?

64

1  cots. I had 24 cribs. I had over 3000, 3000
2  children's books. I had 24 high chairs. I had 12
3  bikes, four televisions with stand and things of
4  that nature. I also had the sell the clothes of
5  jeans and the shoes and the miniskirt and the
6  shelves, so I was doing all of that in 2013.
7      Q.  You sold all the inventory from Around
8  the Clock development in 2013. Let's go through
9  that list. Unfortunately, it looks like I have
10 two different lists because one says 315
11 passenger vans, and then the other one says a
12 2002 Dodge Ram Wagon, 15 passengers, a 1998 Dodge
13 Ram 15 passenger and a 2002 Ford E 35015
14 passenger. There's two different lists that I'm
15 looking at, and they've got different numbers,
16 and so I'm not sure which one is the accurate
17 one?
18     A.  The, the 2002 Dodge, those are all the
19 15 passenger vans. 2000, 2019, 1998 and another
20 2002 15 passenger van. There we go with
21 refrigeration. The freezers, the freezers, the 24
22 tables.
23     Q.  I want to go through this, so the 15
24 passenger vans, when were they sold?
25     A.  They were sold in 2010.

63

1      A.  No.
2      Q.  You don't know what he did with the
3  payment?
4      A.  No.
5      Q.  Around the Clock Daycare, so you rented
6  6,200 square feet of space, is that correct?
7      A.  Correct.
8      Q.  You didn't own the building?
9      A.  No.
10     Q.  I believe you were kind of starting to
11 touch on that earlier that you had quite a bit of
12 items that you had to sell. Can we go through
13 those?
14     A.  Yes.
15     Q.  Tell me what you had to sell from
16 Around the Clock Daycare?
17     A.  I sold 315 passenger vans and then I
18 sold, where's that list is?
19         MR. OGLES:  I excuse for a minute.
20         MS. JEGLEY:  That's okay. Take
21 your time.
22         MR. OGLES:  Anything else?
23         DEPONENT:  I had 315 passenger
24 vans. I had six refrigerators. I had a washer
25 dryer. I had 30 tables. I had 60 chairs. I had 40

65

1      Q.  In 2010?
2      A.  Yes. Sorry, 2011.
3      Q.  Who to whom were they sold?
4      A.  I can't remember. The people they were
5  sold to.
6      Q.  How much were they sold for?
7      A.  $3,000 apiece.
8      Q.  Who brokered the sale?
9      A.  John Henson.
10     Q.  How were they paid for?
11     A.  In cash.
12     Q.  Do you have bills of sale?
13     A.  No, I do not.
14     Q.  What did you do with the proceeds of
15 those sales?
16     A.  That came home also.
17     Q.  One list I'm looking at you you've
18 written down says that you sold three
19 refrigerators and another one says that you sold
20 six, so how many refrigerators did you sell?
21     A.  Well, I just added the freezers and the
22 refrigerator, the refrigeration together on the
23 next bar.
24     Q.  When did you sell those?
25     A.  I sold those in, in, in the summer of

Tippanee Henson     March 13, 2025     VR # 17887-1     Page 18

---

**66**

1  2013.
2     Q.  To the same person?
3     A.  No, I sold it in, in a, in a yard sale
4  every weekend, every Friday and Saturday.
5     Q.  How much did you sell the three
6  refrigerators for?
7     A.  I, I don't know.
8     Q.  How much did you sold the freezers for?
9     A.  I'm not sure.
10    Q.  What about the tables?
11    A.  Everything, this whole page came up to
12  $15,000.
13    Q.  The total of the inventory that you
14  sold was $15,000?
15    A.  Yes.
16    Q.  Just so I make sure, you sold 315
17  passenger vans?
18    A.  Yes.
19    Q.  Three refrigerators, three freezers,
20  four mini fridges, 24 tables, 144 chairs, 300
21  children's book, 12 tricycles, 20 baby cribs, six
22  50 inch TVs?
23    A.  Yes.
24    Q.  Eight computers?
25    A.  Yes.

---

**67**

1     Q.  Six inflatable castles?
2     A.  Yes.
3     Q.  15 booster car seats?
4     A.  Yes.
5     Q.  15 baby walkers?
6     A.  Yes.
7     Q.  20 high chairs?
8     A.  Yes.
9     Q.  Sixty cots?
10    A.  Yes.
11    Q.  Three slow cookers?
12    A.  Yes.
13    Q.  Two basketball hoops?
14    A.  Yes.
15    Q.  Toys?
16    A.  Yes.
17    Q.  Silverware, plates, cups, bottles,
18  blankets, rugs, games, a 30 shelf bin. Football
19  equipment, cheerleading for 35 kids. Six VCRs and
20  45 VCR tapes?
21    A.  Yes.
22    Q.  All of that sold in total for $15,000?
23    A.  Yes.
24    Q.  Do you know to whom?
25    A.  Just in, in random people that come by

---

**68**

1  the day, the, come by the, the garage sale.
2     Q.  That was all by the summer of 2013, you
3  had sold all of these items?
4     A.  Yes.
5     Q.  The $15,000 in proceeds, what did you
6  do with them?
7     A.  Took it home every weekend. I took home
8  all the garage sale money every weekend.
9     Q.  When you say took it home, what did you
10  do with it?
11    A.  The cash. I put it with the rest of my
12  cash.
13    Q.  Let's talk about Queen of Jeans. That
14  was in operation from 2010 to 2012, right?
15    A.  Yes.
16    Q.  Where did you get your inventory?
17    A.  It was a, it's a California shop. It
18  was a clothing store. I can't remember what got
19  them from.
20    Q.  Did you get your inventory all at one
21  time?
22    A.  Yes.
23    Q.  How much did you pay for it?
24    A.  $5,000.
25    Q.  How many jeans did you get initially?

---

**69**

1     A.  Eight hundred pairs of jeans. I don't
2  know the sizes.
3     Q.  You got 800 pairs of jeans. Did you
4  sell any of those jeans?
5     A.  At the garage sale?
6     Q.  The entire time that you were at Pike
7  Avenue, you never sold a single pair of jeans?
8     A.  I only one, two, and then a lot of
9  times I had to lock the door because the, I was
10  scared over there.
11    Q.  Why is that?
12    A.  There was robbing everybody from, I was
13  in a, like a little plaza and they was robbing
14  everybody until they, and when they got to me, I
15  let Queen of Jeans and the sign is still up there
16  today.
17    Q.  How did you pay your rent though?
18    A.  I already had cash.
19    Q.  You may have sold one pair of jeans.
20  How many pairs of shoes did you initially buy?
21    A.  I bought 500 pairs of shoes too.
22    Q.  How many did you end up selling? Like
23  while Queen of Jeans was open?
24    A.  The Queen of Jeans didn't make any
25  money. Let me just put it that way.

---

70

1     Q.   But my question was how many pairs of
2   shoes did you sell?
3     A.   Maybe I think about five pairs of
4   shoes.
5     Q.   In two years?
6     A.   Yes.
7     Q.   You sold all of Queen of Jean's
8   inventory at a garage sale too?
9     A.   Yes.
10    Q.   When was that?
11    A.   That was in 2013 also.
12    Q.   When?
13    A.   The summer of 2013.
14    Q.   I see on this list 800 jeans, 500 pairs
15  of shoes, 25 mannequins and 30 shelves?
16    A.   Yes.
17    Q.   How much did you receive from your sale
18  of those?
19    A.   That's all, once again, with the
20  $15,000. With all the things, I sold them all
21  together.
22    Q.   Because I have another list that
23  appears to be your handwriting that says, Queen
24  of Jeans clothes 2014, leaving me to sell 800
25  pairs of jeans, 30 mannequins, and 1500 pairs of

71

1   sandals.
2     A.   Yes.
3     Q.   But on this one you say 800 jeans, 500
4   pairs of shoes, 25 mannequins and 30 shelves, so
5   which list is accurate?
6     A.   The first one I gave you.
7     Q.   The one that we just went through with
8   the 800 jeans and the 500 pairs of shoes?
9     A.   Yes.
10    Q.   The 25 mannequins and the 30 shells?
11    A.   Yes.
12    Q.   Let's talk about JJJC Transportation. I
13  think we talked about that just a minute ago, but
14  I just want to verify. On one list you say there
15  was a 1991, 18-foot trailer, a 1996, 18-foot
16  trailer, and then a 2004 Lincoln Navigator and a
17  2008 Ford F350 truck?
18    A.   Yes.
19    Q.   Earlier we talked about JJJC
20  Transportation sold two trucks and two trailers.
21  Are these the descriptions of the trucks and
22  trailers for JJJC Transportation?
23    A.   Yes.
24    Q.   A 2004 Lincoln Navigator is not like a
25  truck that requires a CDL?

72

1     A.   Oh, that's just my, that's my car that
2   I had, and the Ford F350 was the car, truck that
3   we had.
4     Q.   Were these Lincoln Navigator and F350
5   trucks, those were personal vehicles or business
6   vehicles?
7     A.   They were personal.
8     Q.   What kind of truck then was associated
9   with JJJC Transportation?
10    A.   The Kenwood, the Ken, the 1990 Kenwood
11  truck.
12    Q.   Kenwood?
13    A.   Yes.
14    Q.   Or Kenworth?
15    A.   I'm sorry. Kenworth.
16    Q.   Let's go through that. The 1990
17  Kenworth.
18    A.   Yes.
19    Q.   When did that get sold?
20    A.   It, I, I don't recall.
21    Q.   Can you estimate when?
22    A.   Yeah, after 2018.
23    Q.   How much
24    A.   I, I, that I don't know.
25    Q.   Did you sell it or who sold it?

73

1     A.   John sold it.
2     Q.   Who?
3     A.   John Henson.
4     Q.   You don't know how much, do you know
5   how it was paid for?
6     A.   No.
7     Q.   Do you know who bought it?
8     A.   No.
9     Q.   Then I see a 1991 temp truck. What's a
10  temp truck?
11    A.   It's a, it's called the, it's called a,
12  a temp truck. I, I don't know the real full name
13  of it. That's just, that was just on the, the
14  registration.
15    Q.   Was that a truck that was used as part
16  of JJJC, Transportation and Tuff World?
17    A.   Yes.
18    Q.   Was that sold?
19    A.   Yes.
20    Q.   Approximately when?
21    A.   2018.
22    Q.   Who sold it?
23    A.   John Henson.
24    Q.   How much was it?
25    A.   I don't recall.

**74**

1    Q.   I'm sorry.
2    A.   He didn't let me know that, but I don't
3 know.
4    Q.   You don't know if it was paid for in
5 cash or who the buyer was?
6    A.   No, I don't. He did it after he left
7 me.
8    Q.   Then this 1991, 18-foot trailer, was it
9 sold?
10    A.   Yeah, it was sold to after 2018.
11    Q.   You don't know the buyer or how much it
12 was...
13    A.   No.
14    Q.   I'm sorry.
15    A.   I don't, I don't know who it was.
16    Q.   Or how much?
17    A.   How much.
18    Q.   What about the 1996, 18-foot trailer?
19    A.   It was also sold to, and John Henson
20 sold that, and I don't know for how much.
21    Q.   You don't know who the buyer was?
22    A.   I don't know who the buyer was.
23    Q.   What about the 2004 Lincoln Navigator?
24    A.   I don't know what that was sold to
25 either.

**75**

1    Q.   Do you know how much it was sold for?
2    A.   I don't.
3    Q.   How many miles did it have on it?
4    A.   I can get the registration.
5        MR. OGLES:  For that whole?
6        DEPONENT:  Yeah.
7        MR. OGLES:  Let me write it for
8 you.
9        DEPONENT:  In 2008, what's this
10 year? I mean, I can't find the year.
11        MR. OGLES:  Let me help you.
12 CONTINUATION OF DIRECT EXAMINATION
13 BY MS. JEGLEY:
14    Q.   2004 Lincoln Navigator?
15    A.   In 2017, it had.
16    Q.   How much mileage?
17    A.   Can I see that?
18        MR. OGLES:  $59,000.
19        MS. JEGLEY:  Okay.
20        MR. OGLES:  That I'm looking at
21 the invoice. I can't find a date on it.
22        DEPONENT:  I thought it said 2017.
23        MR. OGLES:  My wife. I gave it to
24 you yesterday or two days ago.
25 CONTINUATION OF DIRECT EXAMINATION

**76**

1 BY MS. JEGLEY:
2    Q.   Then the Ford F350 truck, do you know
3 if it was sold?
4    A.   Yes. It was. I know it was after 2018,
5 and I don't know who, and I don't know how much,
6 but I do know it was only four was made, period
7 like that, so that was a customized truck.
8        MR. OGLES:  It was February, 2017
9 from the invoice.
10        MR. OGLES:  The invoice?
11        MR. OGLES:  Yes.
12 CONTINUATION OF DIRECT EXAMINATION
13 BY MS. JEGLEY:
14    Q.   You have something listed here and
15 I don't understand, a $9,934 check. What does
16 that mean?
17    A.   That was an insurance check that we got
18 for one of the trucks
19    Q.   When?
20    A.   I thought I gave you that too. It was
21 2016. That would be in my marital folder and I
22 don't have that.
23        MR. OGLES:  What year it was?
24 Sorry. Did you...
25        DEPONENT:  It was 2016.

**77**

1    Q.   2016? What did you do with the check?
2    A.   I cashed it, well, you have to let it
3 sit in the bank for three days, and then after
4 that I went and cashed the whole, a whole $9,000
5 out.
6    Q.   What was the last part?
7    A.   I cashed $934 out, out of the bank.
8        MR. OGLES:  $934 or $9,000.
9        DEPONENT:  $9,000?
10    Q.   I'm confused. Took how much out?
11    A.   $9,934. After the check.
12        MR. OGLES:  Hey, a break is okay.
13 Because you're starting to run together here.
14 Then let's give her break.
15        MS. JEGLEY:  No problem.
16        COURT REPORTER:  We are now going
17 off the record. The time is 11:35 a.m. Central
18 Standard time.
19 (OFF THE RECORD) (11:35 a.m.)
20 (WHEREUPON, a short break was taken)
21 (BACK ON THE RECORD) (11:42 a.m.)
22        COURT REPORTER:  We're now back on
23 the record. The time is 11:42 a.m. Central Time.
24 CONTINUATION OF DIRECT EXAMINATION
25 BY MS. JEGLEY:

78

1    Q.   JJJC Transportation maintained a bank
2    account at ▓▓▓▓▓ is that correct?
3    A.   That's correct.
4    Q.   That's the account ending in ▓▓▓?
5    A.   ▓▓▓? Yes.
6    Q.   Who set that account up?
7    A.   His son and I think, it, the bank
8    account was, Jaleel Henson and Tippanee Henson.
9    Q.   What was the account set up for?
10   A.   For JJJC Trucking?
11   Q.   Who was the person making deposits and
12   withdrawals to that account?
13   A.   That would be John or Jaleel.
14   Q.   John or Jaleel?
15   A.   Yes.
16   Q.   What happened to the funds that were
17   withdrawn from that account?
18   A.   I don't know.
19   Q.   Do you know what the average and
20   highest amount withdrawn from it was?
21   A.   I, I don't know.
22   Q.   Do you know what the average daily
23   balance on that account was?
24   A.   I don't know.
25   Q.   Do you know whether that account was

79

1    strictly business or whether it was ever used for
2    personal reasons?
3    A.   I don't know.
4    Q.   Do you know how long it was active?
5    A.   I don't know that either.
6    Q.   Do you know when it was opened?
7    A.   It had been opened at 2014.
8    Q.   Do you know when it closed?
9    A.   No, I don't.
10   Q.   Did you set the account up or did John?
11   A.   Jaleel and I.
12   Q.   You set the account up and were you a
13   signatory on it?
14   A.   Yes, the account I was. With Jaleel
15   Q.   Why don't you know what happened to the
16   funds?
17   A.   Because he left me after, he left the
18   house after that, so I didn't have any dealings
19   with that after he left.
20   Q.   You had no dealings with the account
21   after 2018?
22   A.   I didn't. I didn't have nothing after
23   2017.
24   Q.   But you had access to it from 2014
25   through 2017?

80

1    A.   Yes, but I did nothing in that account.
2    Q.   You did nothing in that account?
3    A.   Exactly. I did nothing.
4    Q.   But you don't have any knowledge about
5    what Jaleel or John may have done with the money
6    in that account?
7    A.   No, I do not.
8    Q.   Let's talk generally about the money
9    that is at issue in this case. There's over
10   $500,000 that you know about. How did you learn
11   about it?
12   A.   I know about it when he took the cash
13   when, in 2018, when he took all the cash out of
14   the house.
15   Q.   How much did he take out of the house
16   in 2018?
17   A.   I know he took over $200,000 out of the
18   house.
19   Q.   When was that?
20   A.   June 18, 2018.
21   Q.   How do you know that there was over
22   $200,000 that he took?
23   A.   Because I, I contributed money to that
24   all the time, and the last time I counted it was
25   maybe in, it was over $2000, oh $200,000.

81

1    Q.   When did you count it last?
2    A.   Last I counted. It was in 2017
3    Christmas time, December, 2017.
4    Q.   Did you write down how much there was?
5    A.   No, I didn't write it down.
6    Q.   How did you count it?
7    A.   I just counted it, put hundreds with
8    the hundreds and then put $2,000 in the stack and
9    then, and, and on it on.
10   Q.   How did you separate it out?
11   A.   $10,000 each stack
12   Q.   $10,000...
13   A.   Every stack $10,000.
14   Q.   But you don't know the exact amount
15   that was in there when you counted it around
16   Christmas of 2017?
17   A.   After that, I didn't touch it after
18   that.
19   Q.   Please give me a description of where
20   exactly you kept this cash?
21   A.   We kept the cash in a, a, an office
22   desk when we took a cabinet that locks inside of
23   a closet, locked with a, a deadbolt.
24   Q.   Inside a desk in a closet with a
25   deadbolt?

82

1    A. Yes.
2    Q. What sort of container did you keep the
3 cash in?
4    A. That is a, it was a filing cabinet.
5    Q. I thought you just said it was a desk?
6    A. Well, I mean, I'm saying a desk. I
7 didn't understand. Well, I, it's a filing
8 cabinet. It has three tiers on it. That's what I
9 mean by a, a desk. I don't know.
10    Q. It was not a desk?
11    A. No, it's not a desk. It was a, a filing
12 cabinet.
13    Q. Did you just put the money directly
14 into the drawer or did you put it in a box? How
15 did that work?
16    A. That was just in the drawers.
17    Q. It was just in the drawers?
18    A. Yes.
19    Q. You never kept it in a shoe box?
20    A. No.
21    Q. How often would you put money into it?
22    A. I did that on a weekly basis.
23    Q. How often did John put money in it?
24    A. I mean, everything we did was together,
25 so if I put anything in there, it was us

83

1 together.
2    Q. Every time you put cash into that
3 filing cabinet in your closet, John Henson was
4 with you?
5    A. Yes.
6    Q. Standing there?
7    A. Yes.
8    Q. Every time John Henson put money in it,
9 you were with him standing there as you put cash
10 in that filing cabinet?
11    A. Yes.
12    Q. How were you two able to save that much
13 cash over time while having to pay living
14 expenses?
15    A. We did that back in the daycare and I
16 had...
17    Q. I'm sorry?
18    A. We, we use the daycare money.
19    Q. What daycare money?
20    A. Around the Clock.
21    Q. But what money specifically are you
22 talking about?
23    A. Anything that we cash for anything we
24 made over that month, we use it for our expenses.
25    Q. I guess what I'm having trouble

84

1 understanding is, I don't understand, you know,
2 you've made a claim that all of the money at
3 issue here is yours, right?
4    A. Yes.
5    Q. I need to understand, because I'm not
6 understanding, we're talking about $583,760.
7    A. Yes.
8    Q. I need to know exactly.
9        MR. OGLES: Wait, wait, let her
10 finish asking you a question. It's very
11 important.
12        DEPONENT: Okay.
13    Q. I need to know exactly what you are
14 claiming is the source of the funds that adds up
15 to $583,760?
16        MR. OGLES: Same question.
17        DEPONENT: All the assets, right?
18        MR. OGLES: She's asking you how
19 did you all come up with $583,000 or how much it
20 was?
21        DEPONENT: Well, from selling
22 assets also.
23 CONTINUATION OF DIRECT EXAMINATION
24 BY MS. JEGLEY:
25    Q. Which assets?

85

1    A. A, a 1976 Chevy Monte, Monte Carlo,
2 2008 Ford F350, a 2004 Lincoln Navigator the
3 2019, 1991 18 trailer, 1996 trailer.
4    Q. I'm going to ask you about the Monte
5 Carlo, but I would just note that you've told me
6 that you don't know how much the trailer sold
7 for. You don't know how much the navigator sold
8 for. You don't know how much the F350 sold for or
9 the temp truck?
10    A. He sold that after he left me.
11    Q. But you don't know how much money he
12 got for those assets?
13    A. No, but I know he, he told me he sold
14 them.
15    Q. When did he tell you he sold them?
16    A. In 2019 and it was summertime, 2019,
17 and he told me to leave him alone and he sold
18 everything, so there's no need for me to come
19 around.
20    Q. Did he tell you how much he sold these
21 items for?
22    A. No.
23    Q. You don't know how much of the $583,760
24 that these assets may be proceeds may have
25 contributed to that?

86

1    A.  No. I don't.
2           MR. OGLES:  Other than what he
3   filed, Amanda other than what he filed in his
4   claim, she's read that claim. We adopt his
5   argument also, but I mean, she's right. He sold
6   them after they separated, but he also filed a
7   claim for this money what agreed, what his claim
8   said.
9    Q.  Tell me more about the 1976 Monte
10  Carlo?
11   A.  There was a, a car that he purchased
12  that he always wanted in his childhood, and I
13  mean, he had it, the, the whims and everything
14  fixed up in it. The new system and everything in
15  that Monte Carlo.
16   Q.  When did he buy that?
17   A.  Oh, I think he bought that, let me see
18  the registration. It was registered in, wait.
19          MR. OGLES:  If you don't know you
20  don't know.
21          DEPONENT:  It's on the paper.
22          MR. OGLES:  You may read it for
23  you.
24          DEPONENT:  I think it was two. It
25  was registered in 11/06/2015.

87

1   CONTINUATION OF DIRECT EXAMINATION
2   BY MS. JEGLEY:
3    Q.  You think he bought it in 2015?
4    A.  Yes.
5    Q.  How much did he buy it for?
6    A.  That I don't know.
7    Q.  Was it registered in your name or his
8   name?
9    A.  It was registered in my name. He took
10  it out and put it in his son's name.
11   Q.  When did he sell the Monte Carlo?
12   A.  After 2018.
13   Q.  How much did he sell it for?
14   A.  I have, I don't know. He was not with
15  me at the time.
16   Q.  Going back to the $583,760, aside from
17  these business assets that were sold, what else
18  funded the accumulation of that much cash?
19   A.  On the businesses.
20   Q.  Tell me more about that? What
21  specifically from what business? What to the
22  accumulation...
23   A.  Around the Clock mostly.
24   Q.  Tell me what those funds are.
25   A.  I mean, we made over $200,000, over

88

1   $200,000 a year in daycare.
2    Q.  When you say you made over $200,000 a
3   year, what is that comprised of?
4    A.  All the taxes and everything.
5    Q.  Let's go through the math, because you
6   said earlier that you paid yourself $800 every
7   two weeks, right?
8    A.  Yes. Have the bank...
9    Q.  I'm sorry?
10   A.  Have the bank here.
11   A.  Hang on just a second. You paid
12  yourself about approximately $20,800 a year
13  between 2010, and let me look at my notes. I
14  don't want to get this wrong. I'm sorry. 2003 and
15  2010, so you had $20,800 a year that you paid
16  yourself?
17   A.  Yes, with John also.
18   Q.  You saved every single penny of that?
19   A.  As much as we could.
20   Q.  How did you pay your living expenses
21  during those years then?
22   A.  Out of the childcare center.
23   Q.  Did you report that on your personal
24  income?
25   A.  I don't think so.

89

1           MR. OGLES:  Did you know, or you
2   just guessing?
3           DEPONENT:  I don't know.
4    Q.  But how much of that did you actually
5   save?
6    A.  Say that again please?
7    Q.  How much of that money did you actually
8   save?
9    A.  We saved...
10          MR. OGLES:  Are you going to guess
11  or you going to just...
12          DEPONENT:  I don't, I can't, I
13  can't recall.
14          MR. OGLES:  I mean, I don't how
15  much exactly you saved. If you do, tell her if
16  you don't.
17          DEPONENT:  I mean, we was just
18  adding money in there, I mean, every time. I
19  didn't count it until it got to 2017. We just,
20  you know, we just add money to it every, every
21  week we added money.
22   Q.  I'm not sure I understand why, because
23  you had bank accounts at US Bank. You had bank
24  accounts at First Arkansas Bank and Trust. In
25  fact, you had several there. You didn't just have

---

**90**

1  one and you have personal checking accounts, so
2  why not deposit it in the bank?
3          MR. OGLES:  The question is why
4  did you put it at home instead of putting it in
5  the bank? That's the question. After that...
6          DEPONENT:  I was just used to
7  doing that from my grandpa telling me to.
8      Q.  Because your grandfather told you...
9      A.  Yes, he said never trust the bank.
10     Q.  Well, you trusted the bank with your
11  business money.
12     A.  That was it. Just because we had to,
13  because we had to get vouchers from, from the
14  State, so we had no choice but to do that.
15     Q.  Well, what did you think was going to
16  happen to your money if you deposited it in the
17  bank?
18     A.  Nothing. I just wanted to keep it with
19  me.
20     Q.  Was there no concern that the money
21  could be stolen?
22     A.  No, we had it locked. Nobody knew we
23  had that money.
24     Q.  What about it burning in a house fire?
25          MR. OGLES:  The same question.

---

**91**

1          DEPONENT:  I didn't think of that
2  at the time.
3          MR. OGLES:  What is your answer?
4          DEPONENT:  I, I did.
5      Q.  Were there any times that you used the
6  funds that you accumulated, the cash that you
7  accumulated to purchase personal or business
8  items or to pay bills?
9      A.  I wouldn't, I wouldn't know that John
10  took care of all of that.
11     Q.  I think I recall you saying that you
12  had money between 2010 and 2012 when you were
13  operating Queen of Jeans. Did you use your cash?
14     A.  I, I cash for Queens of Jeans and it
15  didn't make any money.
16     Q.  I know. So...
17     A.  I'm using my money for that.
18          COURT REPORTER:  One at a time,
19  please.
20     Q.  What money though? Is it the same cash
21  that you were saving?
22     A.  Yes.
23     Q.  How much did you use to purchase
24  business items or pay bills? How much of that
25  cash did you use for that?

---

**92**

1      A.  The merchandise was $5,000 and then the
2  rent payment was like $800.
3      Q.  But you used the cash that you kept in
4  your file cabinet to pay for that, right?
5      A.  Yes.
6      Q.  How much did you use to purchase items
7  or pay bills? How much of that cash did you use?
8      A.  $5,000 for the items and $800 for the
9  monthly bills, and...
10          MR. OGLES:  You don't have to
11  guess, but if you know the answer...
12          DEPONENT:  I don't know about lots
13  and more because John took care of all of that.
14     Q.  But what is it about banks that you
15  don't trust to keep your money in?
16     A.  Just my grandfather. He kept all his
17  money at home.
18     Q.  Do you have credit cards?
19     A.  I just now started using credit cards.
20     Q.  Did you have any at the time?
21     A.  No. Everything was cash.
22     Q.  Did you have debit cards?
23     A.  Yes. I don't know if I had a debit
24  card.
25          MR. OGLES:  You should not guess.

---

**93**

1  You don't know, you don't know. Do not tell her.
2          DEPONENT:  I don't know.
3      Q.  Does anybody else know about your
4  practice of keeping large sums of money in your
5  home?
6      A.  Other than my mother and John and I.
7      Q.  How did you and John keep all this
8  currency out of sight from relatives and
9  visitors?
10     A.  It was in the filing cabinet, locked
11  with the closet locked, and can't nobody get in
12  there, but two people. That was him and I.
13     Q.  Has any of that cash money ever been in
14  your bank accounts?
15     A.  Only, only enough to cash it and bring
16  it home.
17     Q.  What were the denominations?
18     A.  The checks that I received from Around
19  the Clock? Any checks that you got from that I,
20  I, I, that he had, things like that. Any kind of
21  cash, we just took, we just either we, we cash
22  checks and bring the money home.
23     Q.  But what I'm asking is what
24  denominations comprise this $583,760?
25          MR. OGLES:  Do you know what that

94

1  means? Was it a $100 bills, $50 bills, $20 bills.
2          DEPONENT: $100 bills, $50 bills,
3  $20 bills.
4          MR. OGLES: I mean, she's asking
5  you what it was. Do you know what it was?
6          DEPONENT: Yes. A $100 bills, $50
7  bills, $20.
8      Q.  There's no twenties, tens, or fives or
9  ones?
10     A.  Yeah, I'm sure there's, there's some,
11  but we try to not get dollars, I mean, $1 or $5.
12  We always try to make it break even to $20 and
13  up.
14     Q.  Why?
15     A.  So the, so it wouldn't be so many
16  dollars to count, $1 bills.
17     Q.  You counted it by hand the last time
18  you counted it?
19     A.  Yes.
20     Q.  You didn't have a money counter?
21     A.  No.
22     Q.  Did you package it in any way?
23     A.  Just, no, just rubber bands around
24  them.
25     Q.  Have you ever had any large income tax

95

1  returns? I'm sorry, not tax returns, refunds?
2      A.  I wouldn't, I wouldn't know. I let John
3  handle that.
4      Q.  Have you ever received any
5  inheritances?
6      A.  I've received insurance, an insurance
7  from my sister that passed away.
8      Q.  Can you tell me a little bit more about
9  that?
10     A.  She had insurance, a life insurance,
11  and she passed away in 2010 and left all her
12  siblings $75,000, which we split up again with
13  each other and left us with $25 apiece.
14     Q.  There's three of you all?
15     A.  Yes.
16     Q.  You got $25,000 inheritance from your
17  sister?
18     A.  Yes.
19     Q.  You think that was in 2010?
20     A.  Yes, she died 2010.
21     Q.  What'd you do with that money?
22     A.  I cashed it and brought it home.
23     Q.  Which account did you cash it in?
24     A.  Into an account of, I can't, I don't
25  know that account. I don't know that account

96

1  right now.
2      Q.  Was it the First Arkansas Bank and
3  Trust?
4      A.  Yes, it was.
5      Q.  Is that the only inheritance you've
6  received?
7      A.  Yes.
8      Q.  Have you gotten any gifts of cash?
9      A.  No.
10     Q.  Have you gotten any insurance proceeds?
11     A.  What do you mean by that?
12     Q.  Insurance proceeds like a payout of
13  insurance proceeds of some sort?
14     A.  Yes.
15     Q.  I mean, you've mentioned this life
16  insurance policy but is there any other insurance
17  proceeds that you've received?
18     A.  No.
19     Q.  What about bank loans?
20     A.  No.
21     Q.  What about social security benefits?
22     A.  No.
23     Q.  Stocks or bonds?
24     A.  No.
25     Q.  Other than the sale of assets and

97

1  equipment that we've already discussed, if there
2  are any other proceeds of assets, equipment, or
3  your businesses that we haven't discussed yet?
4      A.  No.
5      Q.  Looking at what you submitted with
6  respect to discovery I understand that there were
7  some years that you did not file State income tax
8  returns. There's 2007, 2008, 2009, 2014, 2021,
9  2022, and 2023. Can you explain why?
10     A.  I don't know why.
11     Q.  Do you know if he filed for those
12  years?
13     A.  I know some things where he filed. I
14  think...
15          MR. OGLES: Back to the question,
16  she's got all this.
17          DEPONENT: I have tax files at the
18  home where he filed tax returns with us, but I
19  don't know what years I didn't look at, I didn't
20  put it in my discovery because I didn't think it
21  was important.
22     Q.  But did you file State income tax
23  returns those years?
24     A.  I don't know. John did all of that.
25     Q.  Did you earn any income for those

98

1 years, I just listed?
2       MR. OGLES:  Well, she might not
3 got the tell years you're asking her, because I
4 don't even remember that. Oh, wait, answer her
5 question. Go ahead.
6    Q.   2007, 2008, 2009, 2014, 2021, 2022, and
7 2023. Did you earn any income for those years?
8    A.   Yes.
9    Q.   What were the sources of the income for
10 those years?
11    A.   Around the Clock, Tuff World Trucking.
12 When's the, well, JJJC, Tuff World Trucking. I
13 mean, JJJC Trucking.
14       MR. OGLES:  Well, you smoked in
15 the basketball game in case you all wanted to
16 know.
17    Q.   Oh, well, thank you for the update.
18       MR. OGLES:  No, I'm in a bad mood
19 right now. Don't do that. Wait until she asks you
20 a question. Look it up. Stop.
21    Q.   I don't remember if I asked you this,
22 and if I did, forgive me, but tell me again if I
23 have asked you this. How did you receive payment
24 for the services rendered when JJJC
25 Transportation and Tuff World Trucking were in

99

1 operation?
2    A.   Those were checks.
3    Q.   From your customers?
4    A.   Yes.
5    Q.   Where did they go?
6    A.   I don't recall. John did all of that.
7    Q.   What year did you receive that $75,000
8 inheritance; did you say 2010?
9    A.   Yes, 2010.
10    Q.   When was it that you last had gainful
11 employment?
12    A.   From 2016 through 2018.
13    Q.   2016 through 2018?
14    A.   Yes.
15    Q.   Was that your job at the VA hospital?
16    A.   Yes.
17       MS. JEGLEY:  Why don't we take a
18 five-minute break.
19       COURT REPORTER:  We are now going
20 off the record. The time is 12:17 p.m. Central
21 Standard Time.
22 (OFF THE RECORD) (12:17 p.m.).
23 (WHEREUPON, a short break was taken)
24 (BACK ON RECORD) (12:23 p.m.)
25       COURT REPORTER:  We are now back

100

1 on the record. The time is 12:23 p.m. Central
2 Standard Time.
3 CONTINUATION OF DIRECT EXAMINATION
4 BY MS. JEGLEY:
5    Q.   Ms. Henson, I want to go back to Queen
6 of Jeans for a minute. You told me earlier that
7 that really never made any money. Why did you
8 keep it open for so long?
9    A.   We were out of the building before we
10 closed it.
11    Q.   What does that mean?
12    A.   I mean we were still in there in 2010.
13 In 2011 we was out of there and it wasn't fully
14 closed until 2012.
15    Q.   What do you mean? It was not fully
16 closed?
17    A.   I mean, we didn't tell the State it was
18 closed.
19    Q.   Did you continue paying rent that
20 entire time?
21    A.   No.
22    Q.   How many months of rent did you pay?
23    A.   At least a year, at least a year.
24    Q.   At least a year?
25    A.   Yes.

101

1    Q.   Did you pay monthly or did you pay it
2 all upfront?
3    A.   We paid it monthly.
4    Q.   You said how much was it?
5    A.   I think it was $800.
6    Q.   $800 a month for a year. Did you have a
7 one-year lease? Did you have a one-year lease?
8    A.   Yes.
9    Q.   Going back to the cash, when did you
10 realize that John took the money? Hello?
11    A.   In 2018.
12    Q.   Did you say anything before that?
13       MR. OGLES:  She said 2018. Can you
14 all hear us? I got a notice that says the
15 internet is unstable.
16       MS. JEGLEY:  Yes, it kind of, it
17 froze up for a second.
18       MR. OGLES:  I think she asked you
19 when you took the money or when you discovered
20 the money was missing. Answer that question
21 again.
22       DEPONENT:  In 2018.
23       MR. OGLES:  When what?
24       DEPONENT:  Around Christmas time.
25       MR. OGLES:  What happened?

102

1    DEPONENT: I'm going there to
2  pay...
3    COURT REPORTER: We lost your
4  audio.
5    MS. JEGLEY: We lost your audio
6    MR. OGLES: Go ahead, say it
7  again.
8    DEPONENT: In 2018 I got a letter
9  in the mail saying my mortgage, I was in
10  foreclosure and I went to the closet and get, and
11  tried to open it, but my key, my key was stolen,
12  and so I punched the hole in the wall and found
13  out that the cabinet was gone and that had to
14  been around, that's around Christmas time.
15  CONTINUATION OF DIRECT EXAMINATION
16  BY MS. JEGLEY:
17    Q.  He left in June of 2018, and you
18  discovered that the money was missing in
19  Christmas of 2018?
20    A.  Yes. When my, when I went into
21  foreclosure, I was trying to stop the
22  foreclosure. I didn't know anything about it. I
23  didn't know he didn't pay the, the, the mortgage
24  for those months.
25    Q.  You discovered that the money was

103

1  missing. What did you do?
2    A.  I went to his, his house and he
3  wouldn't open the door. I kept going to his place
4  and he just wouldn't open the door. He wouldn't
5  talk to me, and, and to this, I mean, that was
6  it.
7    Q.  Did you report it to anyone else?
8    A.  Well, one time I called the police and
9  they said that that was a marriage problem. You'd
10  have to take that into your marriage.
11    Q.  When did you call the police?
12    A.  The, when he hit the car, and he hit
13  the car, he hit my car, my daughter's car the
14  summer of 2019 for me not to come back over
15  there, so he kind of hit the car, which he said
16  he was going to fix, but we waited six months for
17  him to do that. By that time my daughter got hit
18  and got and totaled the car. So that, from that
19  day on, I haven't, I didn't talk to him and he
20  wouldn't talk to me.
21    Q.  But my question was did you report it
22  stolen to the police?
23    A.  No.
24    Q.  But you just indicated that you called
25  North Little Rock Police?

104

1    A.  Yes. They said that was a marital
2  problem. You have to deal with that in divorce
3  court.
4    Q.  Did you ask them to make a report?
5    A.  No, I didn't think they, I didn't, I
6  thought they already had a, I have to do that.
7    Q.  When did that...
8    MR. OGLES: Asked and answered the
9  question.
10    DEPONENT: No.
11    Q.  When did that conversation take place?
12    A.  That was at his house. At Cambridge.
13    Q.  No. I'm asking when did the
14  conversation with North Little Rock Police
15  Department take place?
16    A.  That was Justice Matthews in North
17  Little Rock.
18    Q.  I'm asking, when did you try to report
19  the money stolen to North Little Rock Police
20  Department? What year and what month?
21    A.  Oh, no, no. It had to be 2013.
22    MR. OGLES: 2013 or 2018?
23    DEPONENT: 2013.
24    MR. OGLES: I'm so confused. Hang
25  on a second. You said that you discovered money

105

1  missing till December of 2018?
2    DEPONENT: Yes.
3    MR. OGLES: Answer her question.
4    DEPONENT: When did I, say, ask me
5  again please?
6  CONTINUATION OF DIRECT EXAMINATION
7  BY MS. JEGLEY:
8    Q.  You just told me that you tried to
9  report the money stolen after you discovered it
10  was missing to North Little Rock Police
11  Department, is that accurate?
12    A.  No, that was Jacksonville.
13    Q.  It was Jacksonville Police Department?
14    A.  Yes. They told me it was a marital
15  problem and you have to deal with that in
16  divorce.
17    Q.  When did you talk to Jacksonville
18  Police? When did that specific conversation take
19  place?
20    A.  I think around December. It was around
21  December
22    Q.  Of what year?
23    A.  2018.
24    Q.  Do you recall who you spoke with?
25    A.  No.

106

1    Q.   Did you tell anybody else?
2    A.   No.
3    Q.   Why did you make a claim to all
4  $583,760?
5    A.   He told me he didn't have it.
6    Q.   I'm sorry.
7    A.   He told me he didn't have that.
8         MR. OGLES:  No, she said, listen,
9  why did you make a claim?
10        DEPONENT:  Why did I make a...
11        MR. OGLES:  Report?
12        DEPONENT:  Because I didn't know
13  he, he had all of that.
14   Q.   Well, the reason I'm asking why you
15  made a claim to all $583,760 is because you said
16  earlier that you only knew that there may have
17  been over $200,000?
18   A.   Yes. Plus, assets that he, he sold.
19        MR. OGLES:  Plus his claim.
20  Remember I told you we're adopting his claim too.
21   Q.   Well, I need to ask you something else
22  about your affidavit of financial means that you
23  filed and signed May 3rd of 2022. In your divorce
24  case, you signed an affidavit of financial means
25  and in the assets section, there is no mention of

107

1  that cash at all.
2    A.   He said he didn't have it. He told me
3  that.
4    Q.   When did he tell you that?
5    A.   Around 2018. He said someone broke into
6  his house and stole it.
7    Q.   Have you told anybody else about that
8  conversation?
9    A.   Just my mother. I don't, maybe my kids,
10  I don't know.
11        MR. OGLES:  Amanda, if you're,
12  since you were on poor connected, if you want to,
13  he lied in his discovery about that money. That's
14  why she didn't put it in her affidavit. We'll now
15  use that in one of our exhibits about my order
16  sanctioning him, because when I sent them
17  interrogatories, they did not disclose that
18  money. I didn't find out about it until I did
19  search on the caser.
20   Q.   When did you have that conversation
21  with Mr. Henson?
22   A.   About the money?
23   Q.   Mm-hmm? (Indicating affirmatively.)
24   A.   Yeah, that was 2018.
25   Q.   Is it your position that you think that

108

1  the difference between the $383,760 that you're
2  also claiming belongs to you, you think that is
3  made up of the assets he sold?
4    A.   Yes.
5    Q.   Is that it?
6    A.   I mean yes.
7    Q.   Did you know that he is pled guilty to
8  possession with intent to distribute marijuana?
9    A.   Yes.
10   Q.   Did you know that he was distributing
11  marijuana?
12   A.   No, he wasn't...
13   Q.   He wasn't doing...
14   A.   He did not...
15   Q.   He wasn't doing that during the
16  marriage?
17   A.   No. He stayed in the house and never
18  left the house, period.
19   Q.   He's already admitted that at least
20  $383,760 of the cash that was seized as drug
21  proceeds. Do you know that?
22   A.   He didn't say that at first.
23   Q.   That's not what I'm asking you. I'm
24  asking do you know that?
25   A.   I read it, yes.

109

1    Q.   Anything else? I mean, do you still
2  believe that you're entitled to all of it despite
3  that admission?
4    A.   Yes.
5    Q.   Why?
6    A.   He didn't work; he didn't work a day.
7  He, he didn't, I did all the work. All he did was
8  paper and pencil. I did all, everything,
9  everything. I worked day and night.
10   Q.   Were you involved in his distribution
11  of marijuana?
12   A.   No. No. Not at all.
13   Q.   Did he consume marijuana in front of
14  you during the marriage?
15   A.   Oh, yes.
16   Q.   Where would he get it from?
17   A.   That I don't know.
18   Q.   Did you ever see him sell it?
19   A.   No.
20   Q.   Did you ever see him share it with
21  other people?
22   A.   His friends, they will come by the
23  house, but other than that, I don't know.
24        MR. OGLES:  Shared or smoking it?
25        DEPONENT:  Smoked it together.

110

1    Q.  How much did he consume per month?
2    A.  I wouldn't know.
3          MR. OGLES:  Marijuana?
4          DEPONENT:  I wouldn't know
5          MS. JEGLEY:  Marijuana.
6          DEPONENT:  I don't know the answer
7    to that.
8    CONTINUATION OF DIRECT EXAMINATION
9    BY MS. JEGLEY:
10    Q.  Do you know if he kept it in the house?
11    A.  The marijuana?
12    Q.  Yes.
13    A.  Yes.
14    Q.  How much would he keep?
15    A.  I don't know. I don't know how to
16    answer that.
17          MR. OGLES:  Well, she know...
18          DEPONENT:  I don't know if in
19    greens or wood or what. I don't know.
20          MR. OGLES:  She's asking, how much
21    did he have? If you know, tell her.
22          DEPONENT:  I don't know. I don't
23    know.
24    CONTINUATION OF DIRECT EXAMINATION
25    BY MS. JEGLEY:

111

1    Q.  Do you know how much money he spent on
2    marijuana?
3    A.  Oh, no. I don't know that either.
4    Q.  Did you ever buy any for him?
5    A.  No, I did not.
6    Q.  Where did he keep it in the house?
7    A.  Just a little container, like a cookie
8    container with a top.
9    Q.  Where would he put that?
10    A.  Under the bed.
11    Q.  Under the bed?
12    A.  Yes.
13    Q.  Did he ever keep any in the file
14    cabinet?
15    A.  No.
16          MS. JEGLEY:  I don't think I have
17    any additional questions.
18          MR. OGLES:  You didn't see a
19    motion for sanctions to strike I filed on June
20    the 5th of 2023. I'll be using that as an Exhibit
21    2. It that a supplement to my discovery interest.
22    I don't have anything. Will you email me a
23    condensed version of the deposition? That's all I
24    need.
25          COURT REPORTER:  I'll get to that.

112

1    So we are finished?
2          MR. OGLES:  Yes.
3          MS. JEGLEY:  Hang on. Give me just
4    one second.
5          COURT REPORTER:  Sure.
6          MS. JEGLEY:  Let me make sure
7    there's nothing else that I need to address. Are
8    you going to have her complete that tax and
9    Social Security off...
10          MR. OGLES:  Let's go off record
11    and talk about it right now.
12          MS. JEGLEY:  What's that?
13          MR. OGLES:  Let's go off the
14    record and talk about it right now.
15          MS. JEGLEY:  Okay.
16          COURT REPORTER:  Let me finish
17    this...
18          MR. OGLES:  Not at once...
19          COURT REPORTER:  Let me finish my
20    script please, if we're concluding.
21    CONTINUATION OF DIRECT EXAMINATION
22    BY MS. JEGLEY:
23    Q.  Oh, well, I'm not ready to completely
24    go off the record. Hang on just a second. Do you
25    know of anybody else who might have a claim to

113

1    this money? Ms. Henson? You're muted?
2          MR. OGLES:  I'm sorry. I had you
3    on mute.
4          DEPONENT:  The answer is no.
5          MR. OGLES:  Go ahead.
6    Q.  Earlier when I asked you about credit
7    cards you said that you got one recently, is that
8    accurate?
9    A.  Yes. After 2018.
10    Q.  Where did you get one?
11    A.  Credit 1 and, Credit 1 Bank. Capital 1.
12    Q.  What about Visa?
13    A.  Capital 1 and Credit 1 is what I have.
14          MR. OGLES:  Can't even make a
15    layup.
16          MS. JEGLEY:  I'm sorry?
17          MR. OGLES:  They can't even make a
18    layup. Oh, I'm sorry. I'm trying to watch the
19    game on the iPad. Listen to you at the same time.
20    We're losing 30 seconds.
21          MS. JEGLEY:  Hey John, I do want
22    to clarify something in your response to
23    Interrogatory number 9. It says, child support of
24    $4,844 per month. I think we clarified that
25    during the testimony that it was $844 a month. I

114

1  just wanted to make a record of that.
2        MR. OGLES:  That's right. That's
3  right. It's not $2000 a month.
4        DEPONENT:  It's not. I wish.
5        MR. OGLES:  That sounded good
6  though.
7  CONTINUATION OF DIRECT EXAMINATION
8  BY MS. JEGLEY:
9     Q.  When I asked you all persons, you know
10 or believe to have information or documents that
11 support or refute your assertion that you have an
12 ownership interest in the US currency, you
13 responded your ex-husband. Is there anybody else
14 who would have knowledge or information or
15 documents that support or rebut your assertion
16 that you have an ownership interest in this US
17 currency? Is there anybody else who would be a
18 witness that would have that information?
19    A.  No.
20    Q.  I think you said earlier that your
21 mother might know about that?
22    A.  My mother might, yes.
23    Q.  Is she alive?
24    A.  Yes.
25    Q.  What's her name?

115

1     A.  Ruby Alexander.
2     Q.  What does she know about it?
3     A.  Just me telling her.
4     Q.  It would just be what you've told her?
5     A.  I, I told her she was like, well, how
6  are you paying this and how are you doing that? I
7  told her, we have money, we have money in, in the
8  house stashed.
9        MR. OGLES:  She never saw the
10 cash.
11       DEPONENT:  She never saw it but
12 she always told me to. Don't let Judge...
13       MR. OGLES:  Answered your
14 question.
15       MS. JEGLEY:  That's all I have.
16 I'm done.
17       MR. OGLES:  I'm done. I don't have
18 any questions. I'm going to...
19       COURT REPORTER:  Hang on a second.
20 Let me read my script and we'll get everything
21 over the record.
22       DEPONENT:  You listen.
23       MR. OGLES:  Wait for me.
24       COURT REPORTER:  Ms. Jegley, would
25 you like the transcript?

116

1        MS. JEGLEY:  Yes, please.
2        COURT REPORTER:  MR. OGLES, you
3  said you wished a condensed version?
4        MR. OGLES:  She didn't have any
5  exhibit, so I guess you just email me a condensed
6  version.
7        COURT REPORTER:  This concludes
8  the deposition of Tippanee Waller Henson. The
9  time is 12:43 p.m. Central Standard time. We are
10 now off the records.
11 (WHEREUPON, the REMOTE VIDEO DEPOSITION VIA ZOOM
12 OF TIPPPANEE WALLER HENSON was concluded at 1:43
13 p.m.)
14
15
16
17
18
19
20
21
22
23
24
25

117

1                 CAPTION
2
3  The deposition of TIPPPANEE WALLER HENSON, taken in
4  the matter, on the date, and at the time and place
5  set out on the title page hereof.
6
7  It was requested that the deposition be taken by the
8  reporter and that the same be reduced to typewritten
9  form.
10
11 It was agreed by and between counsel and the parties
12 that the reading and signing of the transcript by the
13 deponent is hereby waived.
14
15
16
17
18
19
20
21
22
23
24
25

118

1    CERTIFICATE OF REPORTER AND SECURE
ENCRYPTED
2    SIGNATURE AND DELIVERY OF CERTIFIED TRANSCRIPT
3    I, Colleen Gregory-Gettel, Notary Public, do
4  hereby certify that the forgoing matter was reported
5  by stenographic and/or mechanical means, that same
6  was reduced to written form, that the transcript
7  prepared by me or under my direction, is a true and
8  accurate record of same to the best of my knowledge
9  and ability; that there is no relation nor employment
10  by any attorney or counsel employed by the parties
11  hereto, nor financial or otherwise interest in the
12  action filed or its outcome.
13    This transcript and certificate have been
14  digitally signed and securely delivered through our
15  encryption server.
16    IN WITNESS HEREOF, I have here unto set my hand
17  this 25TH day of MARCH, 2025.
18
19
20
21
22  /s/ Colleen Gregory-Gettel
23  COURT REPORTER / NOTARY
24  NOTARY REGISTRATION NUMBER: 7965786
25  MY COMMISSION EXPIRES: 07/31/2025

| $ | | | |
|---|---|---|---|
| **$1** 94:11 94:16 | **$201,000** 45:12 | **$50** 94:1 94:2 94:6 | 77:11 |
| **$10,000** 81:11 81:12 81:13 | **$201,478** 45:16 | **$500,000** 80:10 | **$900** 25:3 |
| **$100** 94:1 94:2 94:6 | **$24,000** 39:2 | **$538** 24:7 24:15 | **$925** 34:12 |
| **$100,000** 41:20 | **$25** 95:13 | **$583,000** 84:19 | **$934** 77:7 77:8 |
| **$120** 34:15 | **$25,000** 95:16 | **$583,760** 84:6 84:15 85:23 87:16 93:24 106:4 106:15 | **0** |
| **$15,000** 66:12 66:14 67:22 68:5 70:20 | **$3,000** 65:7 | | **0454** 78:4 78:5 |
| | **$36,000** 41:14 | | **1** |
| **$1500** 25:10 | **$383,760** 108:1 108:20 | **$59,000** 75:18 | **1** 113:11 113:11 113:11 113:13 113:13 |
| **$16,000** 41:10 | **$4,844** 61:1 113:24 | **$600** 24:11 | **1:43** 116:12 |
| **$2,000** 43:5 43:8 44:15 81:8 | **$400** 33:18 56:24 57:1 57:2 57:18 58:5 58:19 59:10 59:17 59:20 60:11 60:13 | **$700** 24:11 24:15 | **10** 30:23 |
| **$20** 94:1 94:3 94:7 94:12 | | **$75,000** 95:12 99:7 | **10:58** 5:5 |
| | | **$800** 33:15 33:16 33:22 38:9 61:3 88:6 92:2 92:8 101:5 101:6 | **102** 16:25 17:5 17:16 19:6 20:24 21:2 |
| **$20,000** 41:13 | | | **11/06/2015** 86:25 |
| **$20,800** 88:12 88:15 | **$422** 61:23 | | **11:35** 77:17 77:19 |
| **$200,000** 80:17 80:22 80:25 87:25 88:1 88:2 106:17 | **$43,000** 22:24 | **$844** 60:23 60:25 61:1 61:3 61:19 61:22 113:25 | **11:42** 77:21 77:23 |
| | **$49** 24:19 | | **12** 64:2 66:21 |
| | **$5** 94:11 | | **12:00** 37:12 |
| | **$5,000** 45:20 68:24 92:1 92:8 | **$9,000** 77:4 77:8 77:9 | **12:17** 99:20 99:22 |
| **$2000** 80:25 114:3 | **$5,868** 46:5 46:23 47:16 | **$9,934** 76:15 | |

**12:23**
  99:24 100:1
**12:43** 116:9
**13** 5:4 48:13
**13th** 5:11
**144** 66:20
**15** 34:7
  64:12 64:13
  64:19 64:20
  64:23
  67:3 67:5
**1500** 70:25
**17th** 12:9
  13:14
**18** 80:20
  85:3
**189** 38:6
**18-foot**
  71:15 71:15
  74:8 74:18
**18th** 13:14
  13:20 13:21
  15:16 16:21
**1976** 85:1
  86:9
**1990** 13:4
  72:10 72:16
**1991** 71:15
  73:9 74:8
  85:3
**1993** 13:4
**1996** 71:15
  74:18 85:3
**1998** 64:12

  64:19

  _____

    2
**2** 111:21
**2:00** 37:13
**20** 12:12
  34:7 39:1
  66:21 67:7
**200** 34:22
**2000** 13:25
  14:5 64:19
**2002** 64:12
  64:13 64:18
  64:20
**2003** 12:9
  14:4 14:9
  25:15 25:25
  26:1
  26:12 33:21
  34:23
  38:9 88:14
**2004** 71:16
  71:24 74:23
  75:14 85:2
**2006** 14:5
  14:10 14:12
  27:23
**2007** 97:8
  98:6
**2008** 59:21
  71:17
  75:9 85:2
  97:8 98:6
**2009** 14:13
  14:16
  28:5 97:8

  98:6
**2010** 25:25
  26:3 26:4
  26:5
  28:21
  31:6
  31:20
  32:5
  33:21 34:23
  38:9 41:6
  41:18
  43:1 44:6
  50:7 50:8
  50:10 50:11
  52:19 64:25
  65:1
  68:14 88:13
  88:15 91:12
  95:11 95:19
  95:20
  99:8 99:9
  100:12
**2011** 44:6
  65:2 100:13
**2012** 14:16
  31:20
  43:1 43:1
  44:6 45:6
  48:5
  48:11
  50:7 50:8
  50:10 50:12
  52:19 68:14
  91:12
  100:14
**2013** 14:19
  14:20 14:23
  14:24 15:3

**15:15 15:18**
  45:12
  46:4
  48:11 53:21
  64:6 64:8
  66:1 68:2
  70:11 70:13
  104:21
  104:22
  104:23
**2014** 48:3
  48:8
  48:11 53:19
  53:25 54:25
  70:24
  79:7
  79:24
  97:8 98:6
**2015** 87:3
**2016** 59:7
  59:23
  60:6
  76:21 76:25
  77:1
  99:12 99:13
**2017** 48:3
  54:19 54:21
  54:25
  62:3 62:4
  75:15 75:22
  76:8
  79:23 79:25
  81:2 81:3
  81:16 89:19
**2018** 13:15
  13:21 15:16
  16:7 16:21

59:7 59:8
59:8
59:21 59:23
60:1 60:3
62:2
62:17 72:22
73:21 74:10
76:4
79:21 80:13
80:16 80:20
87:12 99:12
99:13
101:11
101:13
101:22
102:8
102:17
102:19
104:22
105:1
105:23
107:5
107:24
113:9
**2019** 64:19
85:3
85:16 85:16
103:14
**2021** 16:20
97:8 98:6
**2022** 97:9
98:6 106:23
**2023** 97:9
98:7 111:20
**2024** 12:11
12:21
**2025** 5:4
5:11

**21** 45:23
46:4
**22909** 13:25
**23** 18:11
**24** 32:18
37:8 64:1
64:2
64:21 66:20
**25** 18:11
70:15
71:4 71:10
**26** 18:10
**2614** 49:3
49:6 51:1
**28** 18:10
**2909** 14:15

___

3

**30** 63:25
67:18 70:15
70:25
71:4
71:10
113:20
**300** 26:8
30:13 66:20
**3000** 64:1
64:1
**31** 18:22
**315** 63:17
63:23 64:10
66:16
**31st** 26:4
26:5
28:21 31:6

**3219** 6:13
15:1 32:19
**3401** 14:6
14:12
**35** 67:19
**35015** 64:13
**3rd** 106:23

___

4

**4:22CR00261**
5:17
**40** 63:25
**45** 67:20
**4th** 12:21

___

5

**5/31/1972**
12:6
**50** 66:22
**500** 69:21
70:14
71:3 71:8
**52** 12:4
**53007864**
58:16
**5th** 111:20

___

6

**6,000** 55:8
**6,200** 63:6
**6:00** 52:1
**60** 63:25

___

7

**72076** 6:14
**7864** 61:15
61:16

___

8

**800** 49:1
69:3
70:14 70:24
71:3 71:8

___

9

**9** 113:23
**9:00** 52:1
**9:58** 5:11

___

A

**a.m** 5:5 5:11
52:1
77:17 77:19
77:21 77:23
**abilities**
11:5
**ability**
10:21 11:5
**able** 38:18
83:12
**access** 20:14
34:3
48:16 79:24
**account** 34:3
36:20
37:4
46:18
57:4
57:21 57:23
57:25
58:7 58:8

58:15  59:12
60:12  60:14
61:13  61:14
78:2  78:4
78:6  78:8
78:9
78:12  78:17
78:23  78:25
79:10  79:12
79:14  79:20
80:1  80:2
80:6
95:23  95:24
95:25  95:25

**accounting**
33:24

**accounts**
20:2
89:23  89:24
90:1  93:14

**accumulated**
91:6  91:7

**accumulation**
87:18  87:22

**accurate**
14:10
62:2
64:16
71:5  105:11
113:8

**accurately**
10:18

**active** 79:4

**actually**
16:2  89:4
89:7

**add** 89:20

**added**
65:21  89:21

**adding** 89:18

**addition**
9:20

**additional**
111:17

**address** 5:19
6:10  7:7
22:15
23:3  23:6
30:15  32:20
49:3
51:21  112:7

**adds** 84:14

**adjust** 35:4

**admission**
109:3

**admitted**
108:19

**adopt** 86:4

**adopting**
106:20

**affidavit**
106:22
106:24
107:14

**affirm** 6:19

**affirmativel
y** 11:23
18:8
18:20
107:23

**agent** 27:4
50:23

**ago** 9:15
60:20  71:13
75:24

**agreed** 86:7

**agreement**
7:20  7:25

**ahead** 7:17
8:11
54:11  57:11
98:5
102:6 113:5

**air** 28:25

**alcohol** 11:2

**Alexander**
40:12  40:13
42:10  42:11
115:1

**Alfred** 5:15

**alive** 114:23

**alone**
48:20  85:17

**already**
52:20  52:20
69:18
97:1
104:6
108:19

**am** 5:23
45:20

**Amanda**
5:23  7:12
8:10
21:15  55:24
86:3  107:11

**America** 5:14

5:25

**amount** 24:22
35:1
38:14  47:17
78:20  81:14

**answer**
7:14  9:25
10:21  38:18
91:3
92:11
98:4 101:20
105:3 110:6
110:16
113:4

**answered**
22:9
104:8
115:13

**answering**
11:8

**answers** 9:6

**anybody** 45:4
59:9  93:3
106:1 107:7
112:25
114:13
114:17

**anymore**
30:24

**anyone** 20:19
103:7

**anything**
7:10
10:23  16:11
17:4
28:16  28:24
29:1

31:24
39:3
53:15  60:17
60:18  63:22
82:25  83:23
83:23
101:12
102:22
109:1
111:22
**anywhere**
15:13  53:21
**apartment**
56:20
**apiece**
65:7  95:13
**apologize**
44:2
54:10  56:7
**appears**
70:23
**apples**  31:23
**approximatel
y**  44:5  60:7
73:20  88:12
**argument**
40:21  86:5
**Arkansas**
5:16  6:14
33:1
35:15  35:16
35:17  35:20
36:16
41:3
43:10
49:4  49:5
57:24

58:8
89:24  96:2
**aside**  87:16
**assertion**
114:11
114:15
**assets**
62:8
84:17  84:22
84:25  85:12
85:24  87:17
96:25
97:2  106:18
106:25
108:3
**assist**  6:3
**assistant**
5:24  6:1
**associated**
72:8
**assume**
8:25  9:17
46:17
**assuming**
34:3  46:19
**Atigan**  17:10
17:12
**Atkin**  32:19
**Atkins**
6:13
13:23
14:2  14:4
14:9  15:1
15:10  15:12
22:15  23:4

23:19
24:6
24:13  24:14
**attorney**
5:24  6:3
7:19  9:14
9:22  20:20
**audible**  9:10
**audio**
102:4  102:5
**aunt**  26:15
**Avenue**
49:4  49:6
69:7
**average**
78:19  78:22
**aware**  11:4
24:3
**away**  95:7
95:11

———————
B
**baby**  66:21
67:5
**babysitting**
19:23
**background**
19:12
**bad**  98:18
**balance**
78:23
**bands**  94:23
**bank**  35:11
35:12  35:13
35:14  35:15

35:17  35:20
36:16  36:20
57:4
57:21  57:23
57:24
58:8
58:23  59:12
60:17  60:18
61:13  61:14
77:3  77:7
78:1  78:2
78:7  88:8
88:10  89:23
89:23  89:23
89:24
90:2  90:5
90:9
90:10  90:17
93:14
96:2
96:19
113:11
**banks**  92:14
**bar**  65:23
**basis**  82:22
**basketball**
67:13  98:15
**bed**  111:10
111:11
**believe**  39:8
55:10  63:10
109:2
114:10
**belongs**
108:2
**benefits**
96:21

beside 48:22

bidding 44:3

bikes 64:3

Biles 55:20

bill 21:19
23:21 23:22
29:9 30:3

bills
21:11 21:17
21:18 22:12
47:13 53:16
65:12
91:8
91:24
92:7 92:9
94:1 94:1
94:1 94:2
94:2 94:3
94:6 94:7
94:16

bin 67:18

birth 12:5

bit 19:11
63:11 95:8

blankets
67:18

blue 16:17

Bob 36:1
39:7 50:4

bonds 96:23

book 66:21

books 64:2

booster 67:3

bottle 31:24

bottles
67:17

bottom 31:24

bought 22:24
22:25
41:2 41:6
49:12 69:21
73:7
86:17 87:3

bowels 55:18
56:13

box 82:14
82:19

break 9:21
9:23 10:1
44:20 44:23
44:24
45:1 57:9
57:14 77:12
77:14 77:20
94:12 99:18
99:23

breast 26:16

Brennan 18:1
18:4 18:6
18:7 18:11

bring
35:23 46:23
47:8
93:15 93:22

broke 107:5

broken 53:9

brokered
65:8

brother
16:15 17:10

17:14 48:15

brought
18:17
36:7
36:12 36:14
47:15 47:17
95:22

building
26:18 28:24
30:7
30:10
55:8 63:8
100:9

buried 16:13

burning
90:24

bus 37:12

business
26:13 30:18
32:17
42:7
42:25 45:19
46:18 46:24
48:10
49:8
49:15 49:16
50:20 52:21
53:5
54:17
72:5 79:1
87:17 87:21
90:11
91:7 91:24

businesses
49:21
62:1
87:19 97:3

buy 41:5
69:20 86:16
87:5 111:4

buyer 74:5
74:11 74:21
74:22

buyers 62:23

buying
53:8 53:8

―――――――
C
cabinet
47:21 81:22
82:4 82:8
82:12
83:3
83:10
92:4
93:10
102:13
111:14

cable 23:22

California
43:11 44:20
68:17

Cambridge
16:25
17:5
17:17
19:7
20:24
21:3 104:12

cancer 26:16

Capital
113:11
113:13

car 22:24

22:25
67:3 72:1
72:2
86:11
103:12
103:13
103:13
103:13
103:15
103:18
**card** 58:23
92:24
**cards**
92:18 92:19
92:22 113:7
**care** 21:10
52:12 55:15
57:1 58:4
59:6 60:4
91:10 92:13
**careful** 9:17
**caretaker**
56:17 56:18
**Carlo** 85:1
85:5
86:10 86:15
87:11
**carry** 32:2
**case** 5:17
10:13
80:9
98:15
106:24
**caser** 107:19
**cash** 21:13
21:13 22:9

22:10
24:1
36:11 36:15
40:3 41:8
41:16 41:19
46:14 46:15
47:8
47:17
55:3
65:11 68:11
68:12 69:18
74:5
80:12 80:13
81:20 81:21
82:3 83:2
83:9
83:13 83:23
87:18
91:6
91:13 91:14
91:20 91:25
92:3 92:7
92:21 93:13
93:15 93:21
93:21 95:23
96:8
101:9 107:1
108:20
115:10
**cashed** 36:13
36:18 36:25
77:2 77:4
77:7 95:22
**castles** 67:1
**catch** 18:3
56:3
**CDL** 41:25
71:25

**center** 88:22
**Central** 5:12
5:17
77:17 77:23
99:20 100:1
116:9
**cents** 43:13
**chairs** 63:25
64:2
66:20 67:7
**change** 34:24
34:25 35:3
**changed** 7:10
26:19 38:10
38:11
**charge** 34:13
43:22
**cheap** 49:11
**check**
21:18
24:2
35:24
36:2 36:3
39:19
40:4
43:16 46:17
53:13 76:15
76:17
77:1 77:11
**checking**
57:25 90:1
**checks** 21:13
22:9
35:22
36:4
43:21 46:16
93:18 93:19

93:22 99:2
**cheerleading**
67:19
**Chevrolet**
29:7 29:17
**Chevy** 85:1
**child**
34:17 34:22
60:21
61:9 113:23
**childcare**
19:14 25:18
25:19 26:11
27:25 28:20
30:11
31:2 33:8
33:10 36:25
37:21 88:22
**childhood**
86:12
**children**
18:25 30:23
51:23
**children's**
64:2 66:21
**choice** 90:14
**Christmas**
81:3
81:16
101:24
102:14
102:19
**circumstance
s** 16:8
**claim** 84:2
86:4 86:4

86:7 86:7
106:3 106:9
106:15
106:19
106:20
112:25

**claiming**
84:14 108:2

**clarified**
113:24

**clarify**
113:22

**clarifying**
61:24

**classes**
19:13 19:23

**cleaned**
16:14

**client** 59:21
59:22 60:13

**Clock**
25:18 25:19
26:11 26:19
27:25 28:11
28:19
33:7
33:10
34:6
35:10 36:25
37:21
38:7
38:12
55:6 63:5
63:16
64:8
83:20 87:23
93:19 98:11

**close**
28:23 30:19
43:1 47:23

**closed** 28:20
31:6 48:5
62:1 79:8
100:10
100:14
100:16
100:18

**closet**
36:9
47:22 81:23
81:24
83:3
93:11
102:10

**closure** 29:2

**clothes** 64:4
70:24

**clothing**
49:18 68:18

**clue** 28:18

**Colleen** 5:7

**commercial**
51:4

**companies**
31:13 31:15
52:18 53:22

**company**
21:19 31:19
31:21 31:22
32:4
33:25 34:14
39:11 39:12
45:9

53:22 55:4

**complete**
6:10 112:8

**completely**
112:23

**comprise**
93:24

**comprised**
88:3

**computer**
21:1

**computers**
66:24

**concentratio
n** 22:5

**concern**
90:20

**concluded**
116:12

**concludes**
116:7

**concluding**
112:20

**conclusion**
15:23

**condensed**
111:23
116:3 116:5

**confused**
77:10
104:24

**connected**
107:12

**consume**

109:13
110:1

**contact**
27:19 37:25

**container**
82:2
111:7 111:8

**CONTINUATION**
8:12
12:22
22:6 30:5
42:23
56:9
57:16 58:17
75:12 75:25
76:12 77:24
84:23
87:1
100:3
102:15
105:6 110:8
110:24
112:21
114:7

**continue**
100:19

**contributed**
80:23 85:25

**conversation**
104:11
104:14
105:18
107:8
107:20

**cookers**
67:11

**cookie** 111:7

correct 9:10
29:23 53:23
53:24
63:6 63:7
78:2 78:3
cots 64:1
67:9
counsel 5:18
6:24
count 81:1
81:6
89:19 94:16
counted
80:24
81:2 81:7
81:15 94:17
94:18
counter
94:20
County 5:2
5:10
couple 15:4
course
21:8 24:12
court 5:2
5:6 5:8
5:10 5:16
6:8 6:15
6:18 6:23
7:22 8:3
8:6 8:8 9:7
10:15 29:12
29:15 29:18
30:1
77:16 77:22
91:18 99:19
99:25 102:3

104:3
111:25
112:5
112:16
112:19
115:19
115:24
116:2 116:7
Cove 17:6
17:17
19:7
20:24 21:3
CPA 35:22
35:25 43:17
50:1 50:2
51:22
credit 92:18
92:19 113:6
113:11
113:11
113:13
cribs 64:1
66:21
criminal
20:22
cups 67:17
currency
93:8 114:12
114:17
customers
32:22 32:23
33:3
34:15
35:1 35:6
38:4 39:8
39:9
43:20 99:3

customized
76:7

_____
        D
dad 19:5
42:13
daily 78:22
Damien
61:5 61:6
Dan 40:12
Daniel 40:12
Danny
42:10 42:11
date 12:5
12:13 13:13
54:22
60:6 75:21
dates 13:10
daughter
103:17
daughter's
103:13
day 5:11
37:9 38:7
47:16
68:1 103:19
109:6 109:9
daycare
27:20 27:21
35:23
37:7
38:13
55:7 63:5
63:16 83:15
83:18 83:19
88:1

days 75:24
77:3
dead 30:3
deadbolt
81:23 81:25
deal 104:2
105:15
dealings
79:18 79:20
debit
58:23 92:22
92:23
December
26:4 26:5
28:21
31:6 81:3
105:1
105:20
105:21
decide 50:25
decree 12:16
12:20
deductions
45:18
denomination
s 93:17
93:24
Department
104:15
104:20
105:11
105:13
depends 37:8
DEPONENT
6:22

12:17
22:1 25:7
29:10 29:14
30:4
35:17 36:13
42:19 42:22
46:2 46:6
51:11
56:5
56:17 57:10
57:15 58:12
63:23
75:6 75:9
75:22 76:25
77:9
84:12 84:17
84:21 86:21
86:24
89:3
89:12 89:17
90:6 91:1
91:4
92:12
93:2 94:2
94:6
97:17
101:22
101:24
102:1 102:8
104:10
104:23
105:2 105:4
106:10
106:12
109:25
110:4 110:6
110:18
110:22
113:4 114:4
115:11

115:22
**deposit**
35:19
37:3
61:10 61:11
61:17 90:2
**deposited**
57:3
57:20 60:12
90:16
**deposition**
5:1 5:13
6:7 7:21
8:1 10:4
10:7 20:7
20:20
111:23
116:8
116:11
**deposits**
78:11
**describing**
39:7
**description**
56:16 81:19
**descriptions**
71:21
**desk** 81:22
81:24
82:5 82:6
82:9
82:10 82:11
**despite**
109:2
**determine**
43:22

**development**
64:8
**DHS** 31:1
34:16 35:4
**died** 16:12
59:7 95:20
**difference**
21:20 108:1
**different**
26:18
33:2
64:10 64:14
64:15
**direct** 7:3
8:12
12:22
22:6 30:5
42:23
56:9 57:3
57:16 57:20
58:17 60:11
61:10 61:11
61:17 75:12
75:25 76:12
77:24 84:23
87:1
100:3
102:15
105:6 110:8
110:24
112:21
114:7
**directly**
82:13
**discard**
55:17
**disclose**

107:17
**discovered**
101:19
102:18
102:25
104:25
105:9
**discovery**
97:6
97:20
107:13
111:21
**discussed**
97:1 97:3
**distracting**
46:3
**distribute**
108:8
**distributing**
108:10
**distribution**
109:10
**District**
5:16 5:16
**Division**
5:17
**divorce**
12:15 12:20
15:19 15:24
16:4 16:5
16:18
23:2
28:10 48:12
104:2
105:16
106:23

divorced
 12:11 12:14
 12:20
 16:3 22:23
dock 32:24
documents
 20:6
 20:12 20:14
 114:10
 114:15
Dodge
 64:12 64:12
 64:18
dollars
 94:11 94:16
done 23:1
 28:14
 80:5 115:16
 115:17
door 69:9
 103:3 103:4
DPM 5:17
draft
 49:19 49:24
draw 33:9
 33:9
drawer
 59:5 82:14
drawers
 82:16 82:17
drive
 13:24 16:25
 41:23 41:25
 44:22 44:23
drivers 40:8

 40:9
drove
 40:23 40:24
 44:21
drug 108:20
drugs 10:25
dryer 63:25
duly 6:25
during
 21:7
 24:12
 55:4
 88:21
 108:15
 109:14
 113:25

—————
E
earlier 24:1
 53:18
 58:3
 63:11 71:19
 88:6
 100:6
 106:16
 113:6
 114:20
early 38:8
earn 97:25
 98:7
Eastern 5:16
educational
 19:12
eight
 44:21 44:21
 44:22 44:23

 44:25
 45:1
 66:24 69:1
either 15:19
 21:6 41:4
 54:22
 56:3
 74:25
 79:5
 93:21 111:3
electricity
 23:21
else 14:25
 15:13
 17:4 17:8
 34:5 39:3
 45:4
 63:22 87:17
 93:3
 103:7 106:1
 106:21
 107:7 109:1
 112:7
 112:25
 114:13
 114:17
email 111:22
 116:5
emailed
 20:13
employees
 34:6
 35:21 37:18
 37:20
 38:1
 41:22
 43:4 44:15

 52:2 54:2
employment
 99:11
entire 24:12
 69:6 100:20
entirety
 13:8 33:20
entitled
 109:2
equipment
 67:19
 97:1 97:2
estimate
 41:12 72:21
everybody
 35:24 69:12
 69:14
Everybody's
 36:4
everything
 20:10 21:11
 48:14 48:15
 52:12 66:11
 82:24 85:18
 86:13 86:14
 88:4
 92:21 109:8
 109:9
 115:20
ex 42:16
 42:17 42:18
 42:19
exact 44:9
 47:17 81:14
exactly 80:3
 81:20

84:8
84:13 89:15
**EXAMINATION**
7:3 8:12
12:22
22:6 30:5
42:23
56:9
57:16 58:17
75:12 75:25
76:12 77:24
84:23
87:1
100:3
102:15
105:6 110:8
110:24
112:21
114:7
**examined** 7:1
**excuse** 63:19
**exhibit**
58:15
111:20
116:5
**exhibits**
107:15
**ex-husband**
114:13
**expenses**
38:15 38:21
45:18 83:14
83:24 88:20
**explain**
31:14 97:9

---

F

---

**F350** 71:17
72:2 72:4
76:2 85:2
85:8
**Facebook**
20:5 38:3
**fact** 7:25
17:14 89:25
**fair** 24:14
**families**
12:2
**father**
30:2 61:8
**father-in-
law** 42:8
42:9
42:18 42:21
**father's**
61:7
**fault** 7:13
**February**
16:13 76:8
**Federal**
35:13 35:14
**feel** 10:17
**feet** 55:8
63:6
**fell** 27:20
**figure** 45:13
**file** 15:19
92:4 97:7
97:22
111:13
**filed**

38:19
86:3 86:3
86:6
97:11 97:13
97:18
106:23
111:19
**files** 97:17
**filing** 47:21
82:4 82:7
82:11
83:3
83:10 93:10
**finance** 41:7
**finances**
47:5 52:12
**financial**
106:22
106:24
**fine** 8:11
21:17 21:23
25:5
51:10 53:17
**finish**
7:13
56:23 84:10
112:16
112:19
**finished**
112:1
**fire** 90:24
**firm** 5:9
5:19
**first** 23:1
24:9 29:8
35:16 35:17

35:20 36:16
40:14 57:24
58:8 71:6
89:24
96:2 108:22
**five** 70:3
**five-
minute**
99:18
**fives**
47:14 94:8
**fix** 103:16
**fixed**
39:15
53:7 53:8
86:14
**floor** 29:1
**folder** 76:21
**food** 32:2
**Football**
67:18
**Ford** 64:13
71:17
72:2 76:2
85:2
**foreclosure**
102:10
102:21
102:22
**forgive**
98:22
**forgot** 33:5
**form** 46:15
62:22
**formed** 26:13

32:4 49:8
49:15

**freezers**
64:21 64:21
65:21
66:8 66:19

**frequently**
40:23

**Friday** 66:4

**fridges**
66:20

**friend** 27:17

**friends** 12:2
109:22

**front**
58:22
109:13

**froze** 101:17

**frustrated**
40:20

**fuel** 39:15

**full** 6:9
11:14 11:16
24:22 73:12

**full-time**
37:14

**fully**
10:18
100:13
100:15

**funded** 87:18

**funds**
78:16 79:16
84:14 87:24
91:6

**furniture**
55:7

_____
G
**gainful**
99:10

**game** 98:15
113:19

**games** 67:18

**garage**
68:1 68:8
69:5 70:8

**gathered**
5:12

**generally**
10:6 12:1
80:8

**gentleman**
51:10

**Germany**
19:15 19:22
22:23

**Gettel** 5:8

**getting** 53:7

**gifts** 96:8

**given** 41:22

**God** 6:21

**gone** 11:24
57:11
102:13

**goodness**
51:8 54:4

**gotten**
96:8 96:10

**government**
30:20

**grandfather**
60:19
90:8 92:16

**grandpa** 90:7

**greens**
110:19

**Gregory** 5:7

**gross** 45:16

**growth** 44:6

**guess** 25:3
25:14 83:25
89:10 92:11
92:25 116:5

**guessing**
89:2

**guilty** 108:7

**guys** 16:7

**G-W-A-T**
29:22

**Gwatney** 29:5
29:6 29:7
29:13 29:16
29:17 30:8

**G-W-A-T-N-
E-Y** 29:25

_____
H
**hand** 6:16
94:17

**handle** 95:3

**handled**
33:24 55:1

**handling**
43:17

**hands** 53:16

**handwriting**
70:23

**Hang** 8:14
20:25 29:21
45:25 55:22
57:8
88:11
104:24
112:3
112:24
115:19

**Hanson** 46:22

**happen** 40:22
90:16

**happened**
15:8 19:3
62:12 78:16
79:15
101:25

**happens**
40:21

**Harold**
29:9
29:10
30:2 30:7

**haul** 43:9

**hauled** 31:22

**haven't**
7:9 97:3
103:19

**having**
6:25
10:15 83:13

83:25
**head** 9:12
**healthcare**
56:19 56:21
**hear** 8:20
8:21 9:4
101:14
**heard** 9:1
**hearing**
10:14
**Hello** 101:10
**help** 6:21
46:1 55:9
75:11
**Henderson**
27:10 27:11
**H-E-N-S-O**
11:17
**Henson** 5:3
5:13 5:15
6:9 6:12
6:13 6:17
6:25 7:5
7:6 7:7 7:9
7:18
11:15 11:17
12:3 12:9
13:5
13:11 14:22
15:13 17:16
17:20 18:16
18:17 18:23
20:25 22:18
25:16 28:11
32:13 32:16
34:1 45:3
48:22 50:18

51:22 62:15
65:9 73:3
73:23 74:19
78:8 78:8
83:3 83:8
100:5
107:21
113:1 116:8
116:12
**he's** 17:18
108:19
**Hey** 77:12
113:21
**Hi** 7:5
**high** 19:13
27:14 27:15
64:2 67:7
**highest**
78:20
**Hills** 13:24
**hip** 55:24
**hire** 40:19
40:21
54:6 54:7
**hired** 56:16
**Hiring** 53:11
**history**
20:22 25:13
**hit** 103:12
103:12
103:13
103:15
103:17
**hole** 102:12
**home** 13:9

14:25 16:22
32:20
36:7
36:12 36:14
38:24 41:17
45:7
46:12 46:13
46:23
47:8
47:16 47:17
56:18 56:21
59:3
65:16
68:7 68:7
68:9 90:4
92:17
93:5
93:16 93:22
95:22 97:18
**Homer** 6:13
13:23
14:2 14:4
14:9 15:1
15:10 15:12
22:15
23:4
23:19
24:5
24:13 24:14
32:19
**hoops** 67:13
**hopper** 31:24
31:24 39:7
**hospital**
55:11 56:19
57:3
57:19 99:15
**HOSTED** 5:2

**hour** 34:12
44:24 57:12
**hours** 37:8
44:21 44:21
44:22 44:23
44:25 45:1
**house**
16:14
17:1
22:15
23:1
23:19 24:13
25:2
79:18 80:14
80:15 80:18
90:24 103:2
104:12
107:6
108:17
108:18
109:23
110:10
111:6 115:8
**houses**
21:9 23:13
**housewife**
21:25
**Howard**
13:2
19:19 61:4
**Huh** 18:5
**hundred** 44:7
69:1
**hundreds**
47:14
81:7 81:8
**Hunter** 40:11

40:13

**husband**
19:17

---
**I**

**I'd** 9:2
16:17 33:5

**idea** 42:6

**identify**
5:18 5:21

**I'll** 9:5
22:4 22:5
111:20
111:25

**I'm** 5:8
5:9 5:24
6:2 6:5
7:17 8:14
8:16 8:24
9:16
10:23 12:19
13:19 14:19
16:17
18:2 19:8
24:4
29:14
33:6 33:6
33:12
34:2
37:19 38:14
46:19 49:23
54:22 55:25
57:10
60:2
61:21
62:8
64:14 64:16
65:17

66:9
72:15
74:1
74:14 75:20
77:10
82:6
83:17 83:25
84:5 85:4
88:9
88:14 89:22
91:17 93:23
94:10
95:1
98:18 102:1
104:13
104:18
104:24
106:6
106:14
108:23
108:23
112:23
113:2
113:16
113:18
113:18
115:16
115:17
115:18

**impair** 10:21

**important**
8:15 8:20
9:15
84:11 97:21

**inaccurate**
11:10

**INC** 5:2

**inch** 66:22

**income**
33:9 38:9
39:23 39:25
45:19
46:7
52:19 59:18
88:24 94:25
97:7
97:22 97:25
98:7 98:9

**incorporate**
26:10 26:20

**Incorporated**
5:10

**incorporatio
n** 49:20
50:14

**indicated**
103:24

**indicating**
11:23
18:8
18:20
107:23

**inflatable**
67:1

**information**
27:19 37:25
45:2 114:10
114:14
114:18

**inheritance**
95:16
96:5 99:8

**inheritances**
95:5

**initially**
68:25 69:20

**inside** 81:22
81:24

**Instagram**
20:5

**instead** 90:4

**insurance**
51:22 76:17
95:6 95:6
95:10 95:10
96:10 96:12
96:13 96:16
96:16

**intent** 108:8

**interest**
111:21
114:12
114:16

**interfere**
11:5

**internet**
101:15

**interrogator
ies** 107:17

**Interrogator
y** 113:23

**interrupt**
57:6

**interrupting**
44:2 54:10

**interviews**
39:15

**inventory**
62:6 62:8

64:7
66:13 68:16
68:20 70:8

**invoice**
75:21
76:9 76:10

**involved**
109:10

**iPad** 113:19

**issue** 8:2
80:9 84:3

**items**
63:12
68:3
85:21
91:8
91:24
92:6 92:8

**I've** 12:25
95:6

---
**J**
---

**Jacksonville**
6:13 26:8
30:15 35:13
35:14 35:15
49:4 105:12
105:13
105:17

**Jaleel** 18:17
18:19 18:21
18:22
19:3 78:8
78:13 78:14
79:11 79:14
80:5

**James** 26:8

30:13

**January**
12:20 16:13
59:8 60:1
60:3

**jeans** 31:9
31:13 48:18
48:23
49:1 49:2
49:11 49:12
49:18
50:6 51:1
51:20 52:13
52:22
64:5
68:13 68:25
69:1 69:3
69:4 69:7
69:15 69:19
69:23 69:24
70:14 70:24
70:25
71:3 71:8
91:13 91:14
100:6

**Jean's** 70:7

**Jeff** 55:20

**Jegley**
5:23 5:23
7:4 8:13
12:23 21:21
22:2 22:7
29:22
30:6
42:24 55:25
56:6
56:10 57:13
57:17 58:18

63:20 75:13
75:19
76:1
76:13 77:15
77:25 84:24
87:2
99:17 100:4
101:16
102:5
102:16
105:7 110:5
110:9
110:25
111:16
112:3 112:6
112:12
112:15
112:22
113:16
113:21
114:8
115:15
115:24
116:1

**Jermaine**
11:15

**JJC** 53:18
62:1

**JJJC** 48:1
48:6
52:24
54:2
54:13 54:25
62:6
71:12 71:19
71:22
72:9
73:16 78:1

78:10 98:12
98:13 98:24

**job** 53:23
56:15 99:15

**John** 5:15
6:5 12:9
28:1
28:10 32:16
32:16 33:22
34:1
37:11 41:23
42:4 45:3
46:22 48:22
50:18 51:22
55:1 58:1
62:15
65:9 73:1
73:3
73:23 74:19
78:13 78:14
79:10
80:5
82:23
83:3 83:8
88:17
91:9
92:13
93:6 93:7
95:2
97:24
99:6 101:10
113:21

**John's**
36:2
42:13 52:11

**Johnson** 36:1
50:4

**Josh** 6:3

judge
  20:11 48:13
  115:12
June 13:14
  13:14 13:20
  13:21 15:15
  16:7
  16:21 80:20
  102:17
  111:19
Justice
  13:25
  14:1 14:7
  14:15 23:11
  25:8 104:16

—— K ——
Karrington
  17:25
  18:2 18:10
Ken 72:10
Kenwood
  72:10 72:10
  72:12
Kenworth
  72:14 72:15
  72:17
key 47:22
  102:11
  102:11
kids 17:20
  17:23 18:12
  26:18 30:23
  38:6 38:7
  38:7 38:8
  52:5
  67:19 107:9

kid's 61:7
knew 28:11
  90:22
  106:16
knowledge
  17:18 54:19
  54:20
  80:4 114:14

—— L ——
large 93:4
  94:25
last 20:11
  27:9 28:4
  39:6
  40:13
  45:8 60:1
  60:3 77:6
  80:24
  81:1 81:2
  94:17 99:10
later 11:9
lawyer 20:11
  49:25
layup 113:15
  113:18
learn 80:10
lease
  101:7 101:7
least 100:23
  100:23
  100:24
  108:19
leave
  26:16 85:17
leaving

70:24
legal 6:10
let's 8:11
  25:13 25:15
  31:18
  39:5
  48:17 48:17
  56:3 57:6
  64:8
  68:13 71:12
  72:16 77:14
  80:8 88:5
  112:10
  112:13
letter 102:8
Lewis 13:2
  19:19 61:4
lied 107:13
life 11:25
  95:10 96:15
Lincoln
  71:16 71:24
  72:4
  74:23 75:14
  85:2
Linda 32:13
Line 45:23
  46:4
list 63:18
  64:9
  65:17 70:14
  70:22
  71:5 71:14
listed 50:13
  50:16 76:14
  98:1

listen 106:8
  113:19
  115:22
lists
  64:10 64:14
little 8:4
  14:1
  19:11 26:14
  45:20
  49:5 49:6
  69:13
  95:8 103:25
  104:14
  104:17
  104:19
  105:10
  111:7
live 13:6
  13:16 13:22
  14:2
  14:18 14:22
  15:9
  15:13 16:22
  16:23
  17:9
  17:16 18:16
  18:25
  19:6 19:9
  19:10
lived
  13:23 14:24
  17:8
  18:23
  21:7 21:9
living 13:11
  83:13 88:20
LLC 26:21
  26:22 26:24

27:25
32:7 32:8
49:16 49:17
**load** 44:20
**loading**
32:24 32:24
**loads** 32:25
**loan** 43:25
**loans** 96:19
**location**
32:17 51:18
**lock** 69:9
**locked** 81:23
90:22 93:10
93:11
**locks** 81:22
**London**
18:1 18:2
18:11
**long** 11:24
12:10
15:2
15:11 17:16
25:23
43:9 51:1
53:16 54:17
59:6 79:4
100:8
**loop** 30:22
**losing**
113:20
**lost** 102:3
102:5
**lot** 18:12
18:13 28:15

28:17 40:16
40:18 40:19
54:5 54:7
55:8 69:8
**lots** 92:12
**lucrative**
30:24
**Lui** 17:10
17:12

---

M

**ma'am** 8:5
61:18
**Madison**
17:25
18:2 18:10
**mail** 102:9
**maintained**
78:1
**man** 41:3
**manager**
25:21 25:23
33:8
**mannequins**
70:15 70:25
71:4 71:10
**man's** 40:15
**March** 5:4
5:11
**marijuana**
108:8
108:11
109:11
109:13
110:3 110:5
110:11

111:2
**marital**
16:22 76:21
104:1
105:14
**marriage**
12:24
13:8 21:8
103:9
103:10
108:16
109:14
**marriage's**
13:13
**married** 12:7
12:8
12:10 12:25
13:1 13:3
13:17 25:16
**math** 88:5
**matter** 5:14
**Matthews**
13:25
14:1 14:7
14:16 23:11
25:9 104:16
**may** 6:24
9:20
10:20 11:10
69:19
80:5
85:24 85:24
86:22
106:16
106:23
**maybe** 15:4
21:13 29:10

30:23 41:13
50:11 59:11
60:9 70:3
80:25 107:9
**mean** 13:14
13:25
28:6
30:22
38:2
38:17 38:19
39:25 42:22
43:13 44:22
47:12
49:4
52:11
53:1 54:5
54:6
55:16 75:10
76:16
82:6 82:9
82:24
86:5
86:13 87:25
89:14 89:17
89:18
94:4
94:11 96:11
96:15 98:13
100:11
100:12
100:15
100:17
103:5 108:6
109:1
**means** 94:1
106:22
106:24
**media** 20:2
**medications**

10:20

**meet** 10:3

**mental** 11:4

**mention**
  106:25

**mentioned**
  96:15

**merchandise**
  92:1

**Michelle**
  27:9
  27:10 27:11

**middle** 9:24

**mile** 43:14

**mileage**
  75:16

**miles** 75:3

**military**
  19:16 19:17
  19:21

**mini** 66:20

**minimum**
  34:10

**miniskirt**
  64:5

**minute**
  9:15 39:5
  45:15 63:19
  71:13 100:6

**mishap** 21:1

**missed** 13:19

**missing**
  101:20
  102:18

103:1 105:1
105:10

**Mm-hmm** 11:23
  107:23

**money**
  24:19 36:10
  38:20 38:23
  40:1
  41:18 46:10
  46:12
  47:2 47:4
  47:22 52:20
  55:1
  58:21 58:24
  62:25
  68:8
  69:25
  80:5 80:8
  80:23 82:13
  82:21 82:23
  83:8
  83:18 83:19
  83:21
  84:2
  85:11
  86:7 89:7
  89:18 89:20
  89:21 90:11
  90:16 90:20
  90:23 91:12
  91:15 91:17
  91:20 92:15
  92:17
  93:4
  93:13 93:22
  94:20 95:21
  100:7
  101:10
  101:19

101:20
102:18
102:25
104:19
104:25
105:9
107:13
107:18
107:22
111:1 113:1
115:7 115:7

**Monte** 85:1
  85:1 85:4
  86:9
  86:15 87:11

**month**
  24:15 25:11
  43:3
  43:13 47:11
  54:9
  56:24
  57:2
  57:18
  60:1 60:3
  60:23 60:25
  61:1 61:2
  61:3
  61:20 61:22
  83:24 101:6
  104:20
  110:1
  113:24
  113:25
  114:3

**monthly** 92:9
  101:1 101:3

**months**
  15:4 15:5
  15:6

59:25
100:22
102:24
103:16

**mood** 98:18

**morning**
  5:7 38:8

**mortgage**
  21:2 21:9
  21:22 23:17
  24:5
  24:15 102:9
  102:23

**mostly** 21:13
  22:9
  22:13 87:23

**mother** 16:12
  17:2 17:3
  93:6
  107:9
  114:21
  114:22

**motion**
  111:19

**move** 16:11
  26:18 39:5

**moved**
  13:23 13:25
  14:5 14:6
  14:7
  14:25 15:11
  16:19 20:25
  27:21

**multiple**
  40:24

**mute** 113:3

muted 113:1

myself 33:11
  33:13
  34:2
  37:10 39:18
  40:3

_____
N
National 5:9

nature 31:23
  39:16 64:4

navigator
  71:16 71:24
  72:4
  74:23 75:14
  85:2 85:7

neither 7:21

Newton 6:2
  6:3

N-E-Y 29:23

nicknames
  11:19

night 38:7
  109:9

nine 37:8

N-N-E-E
  11:17

nobody 90:22
  93:11

nodding 9:12

normal 34:9

North 14:1
  49:4 49:6
  103:25
  104:14

104:16
104:19
105:10

Notary 7:1

note 85:5

notes 88:13

nothing 6:21
  28:11 79:22
  80:1 80:2
  80:3
  90:18 112:7

notice
  101:14

November
  12:9 13:14

nurse 56:16

_____
O
oath 10:10
  10:13

object 8:6

observer 6:4

occupation
  25:17

offer 43:24

office 81:21

Ogles 6:1
  6:5 6:5
  7:12 7:20
  8:6 8:9 9:3
  10:3
  12:15 12:18
  20:12 20:17
  21:15 21:23
  22:4 25:4

29:9
29:17 29:20
29:24
30:2
35:16 36:11
42:18 42:20
45:25
46:3 51:9
55:22
56:2 56:8
56:15
57:8
57:11 58:10
58:14 63:19
63:22
75:5 75:7
75:11 75:18
75:20 75:23
76:8
76:10 76:11
76:23
77:8
77:12
84:9
84:16 84:18
86:2
86:19 86:22
89:1
89:10 89:14
90:3
90:25
91:3
92:10 92:25
93:25
94:4
97:15
98:2
98:14 98:18
101:13
101:18

101:23
101:25
102:6 104:8
104:22
104:24
105:3 106:8
106:11
106:19
107:11
109:24
110:3
110:17
110:20
111:18
112:2
112:10
112:13
112:18
113:2 113:5
113:14
113:17
114:2 114:5
115:9
115:13
115:17
115:23
116:2 116:4

oh 16:4
  18:10 18:19
  19:20 23:10
  24:7 25:3
  26:22
  27:9 27:9
  32:18
  35:7
  42:15 42:20
  42:22
  50:2 51:8
  54:4 58:22

72:1
80:25 86:17
98:4
98:17
104:21
109:15
111:3
112:23
113:18

**Ohio** 43:11

**okay** 6:8
7:18 9:1
18:19 19:20
21:23
25:7
35:19 42:15
42:20 54:24
56:5
56:18 56:22
57:9
57:10 57:15
63:20 75:19
77:12 84:12
112:15

**old** 12:3
18:9 18:21

**oldest** 29:11

**ones** 20:18
94:9

**one-year**
101:7 101:7

**online**
24:2 33:3
39:9

**open** 37:7
38:6
69:23 100:8

102:11
103:3 103:4

**opened**
52:1 79:6
79:7

**operating**
91:13

**operation**
54:18 68:14
99:1

**order** 107:15

**ordinary**
45:19

**original**
14:25

**otherwise**
7:15 8:24

**ourselves**
43:19

**owned** 17:1
22:17 24:13
28:11

**owner**
25:21 25:24
31:11 31:16
33:8
39:12 48:18

**owners** 27:24
32:15 50:16

**ownership**
114:12
114:16

---
P
---

**p.m** 37:12
37:13

52:1
99:20 99:22
99:24 100:1
116:9
116:13

**package**
94:22

**page** 66:11

**paid** 21:2
21:8
21:11 21:12
21:16 21:19
21:22 23:13
23:17 23:24
24:1
33:13 33:20
33:22 33:22
34:2 34:8
34:16 34:16
37:16 37:18
37:21 39:17
44:15 51:15
52:15 53:10
53:12 53:14
53:15 53:16
54:24
55:2
55:14 55:14
55:17 56:24
56:25
58:4
59:10 61:20
61:21 65:10
73:5 74:4
88:6
88:11 88:15
101:3

**pair** 49:1

69:7 69:19

**pairs** 69:1
69:3
69:20 69:21
70:1 70:3
70:14 70:25
70:25
71:4 71:8

**paper**
86:21 109:8

**paperwork**
49:20 49:24

**parties** 7:25

**partner** 27:8

**partners**
27:7
32:14 50:13

**passed**
95:7 95:11

**passenger**
63:17 63:23
64:11 64:13
64:14 64:19
64:20 64:24
66:17

**passengers**
64:12

**patient** 56:7
58:3
58:20 59:16

**patients**
56:4

**pay** 22:8
24:19 24:21
33:14 34:5

35:20
41:8  43:4
43:15  43:20
52:6  52:8
52:13
53:7
68:23  69:17
83:13  88:20
91:8
91:24
92:4  92:7
100:22
101:1  101:1
102:2
102:23

**paycheck**
36:5  36:24

**paychecks**
36:17

**paying** 34:15
35:1  100:19
115:6

**payment**
22:25
23:3  24:2
62:22
63:3  92:2
98:23

**payments**
35:5  35:8
35:9

**payout** 96:12

**payroll**
43:18

**pencil** 109:8

**pending** 5:15

**penny** 88:18

**people** 40:24
54:5  65:4
67:25  93:12
109:21

**per** 24:15
25:11  34:22
34:22  43:13
43:13  43:13
57:1
60:25
61:3
110:1
113:24

**perform** 53:4

**period**
55:4  76:6
108:18

**person** 40:22
66:2  78:11

**personal**
36:22  57:25
58:2  72:5
72:7  79:2
88:23
90:1  91:7

**persons**
114:9

**physical**
11:4  51:18

**pick** 32:25

**Pike** 49:3
49:6  51:2
69:6

**places**
33:2  43:11

**plates** 67:17

**plaza** 69:13

**please**
5:18  5:21
6:9  6:11
8:18
11:13  81:19
89:6
91:19  105:5
112:20
116:1

**pled** 108:7

**plumbing**
28:25

**Plus**
106:18
106:19

**pocket** 57:1

**police** 103:8
103:11
103:22
103:25
104:14
104:19
105:10
105:13
105:18

**policy** 96:16

**poor** 107:12

**position**
31:10  56:11
107:25

**possession**
108:8

**practice**
93:4

**prefer** 7:6

**preparation**
20:6

**preparing**
20:20

**present** 5:20

**presented**
62:22

**previously**
55:10

**price** 49:12

**problem**
77:15  103:9
104:2
105:15

**procedures**
10:7

**proceed** 6:24
8:2

**proceeds**
65:14
68:5
85:24  96:10
96:12  96:13
96:17
97:2  108:21

**process** 44:3

**profits**
38:13

**program** 31:4
34:19

**properly**
39:14

**provided**
34:14

**punched**
102:12

**purchase**
22:21
91:7
91:23 92:6

**purchased**
22:22
24:9 86:11

**putting** 90:4

_____

Q

**Queen**
31:13 48:18
48:23
50:6 51:1
51:20 52:13
52:22 68:13
69:15 69:23
69:24
70:7
70:23 91:13
100:5

**Queens**
31:9 91:14

**question**
7:14 8:17
8:21 8:22
9:1 9:4
9:24 9:25
11:8 22:8
49:14
70:1
84:10 84:16
90:3 90:5
90:25 97:15
98:5 98:20

101:20
103:21
104:9 105:3
115:14

**questions**
7:15 8:15
8:16
10:22
111:17
115:18

**quit** 40:21

**quite** 63:11

_____

R

**raise** 6:16

**Ram** 64:12
64:13

**ran** 32:18

**random** 67:25

**rather** 9:2

**reading**
45:20

**ready** 112:23

**real** 73:12

**realize** 56:6
101:10

**really** 40:22
60:9 100:7

**reason** 10:17
106:14

**reasons** 79:2

**rebut** 114:15

**recall** 25:1

34:10 38:12
38:15
39:9
39:21
41:4
41:10
43:2
47:11 72:20
73:25 89:13
91:11
99:6 105:24

**receive** 57:4
59:20
61:9
70:17 98:23
99:7

**received**
57:2
58:19 59:18
60:13 93:18
95:4 95:6
96:6 96:17

**recently**
113:7

**reconciled**
15:8

**record** 5:7
5:19 5:22
6:10 7:24
77:17 77:19
77:21 77:23
99:20 99:22
99:24 100:1
112:10
112:14
112:24
114:1
115:21

**recorded** 9:7

**records**
38:17
45:7 116:10

**Red** 26:14

**refer** 58:9

**referencing**
58:9

**referred** 7:6

**referring**
29:3 34:18

**refrigeratio
n** 32:3
64:21 65:22

**refrigerator**
65:22

**refrigerator
s** 63:24
65:19 65:20
66:6 66:19

**refunds** 95:1

**refute**
114:11

**register**
27:1 32:9

**registered**
27:4
50:20 50:23
86:18 86:25
87:7 87:9

**registration**
73:14
75:4 86:18

**relatives**

93:8

**remember**
 15:25
 16:1 32:5
 39:2 39:3
 40:11 40:13
 40:14 40:15
 50:24 51:15
 51:17 54:22
 65:4
 68:18
 98:4
 98:21
 106:20

**REMOTE** 5:1
 116:11

**remotely**
 5:12 7:24

**remove** 56:13
 56:13

**rendered**
 98:24

**rent** 21:2
 21:8
 21:22
 23:7
 23:13
 25:1 51:4
 51:7
 51:16 69:17
 92:2 100:19
 100:22

**rental** 23:10
 23:12

**rented**
 30:7 51:6
 63:5

**report** 59:17
 88:23 103:7
 103:21
 104:4
 104:18
 105:9
 106:11

**reporter** 5:6
 5:8 6:8
 6:15 6:18
 6:23 7:22
 8:3 8:7 8:8
 9:7 29:12
 29:15 29:18
 30:1
 77:16 77:22
 91:18 99:19
 99:25 102:3
 111:25
 112:5
 112:16
 112:19
 115:19
 115:24
 116:2 116:7

**Reporters**
 5:2 5:10

**reporting**
 43:12

**represent**
 5:20 5:25
 6:6 45:13

**represents**
 45:14

**requires**
 71:25

**resolve** 9:25

**respect** 13:5
 97:6

**responded**
 114:13

**response**
 9:10 113:22

**rest** 34:16
 36:9 68:11

**restroom**
 9:22

**result** 7:21

**return** 16:22

**returns** 95:1
 95:1 97:8
 97:18 97:23

**review**
 20:6 20:9

**reviewed**
 20:10

**revisit** 33:6
 48:17

**rice** 31:23

**rid** 56:24

**Ridge**
 13:24
 14:6 14:12

**robbing**
 69:12 69:13

**Rock** 8:4
 14:1 49:5
 49:6 103:25
 104:14
 104:17
 104:19
 105:10

**role** 39:11

**room** 7:22
 7:23

**route** 37:12

**rubber** 94:23

**Ruby** 115:1

**rugs** 67:18

**run** 26:17
 77:13

**running**
 39:13

_____

S

**salary** 57:18

**sale** 65:8
 65:12
 66:3 68:1
 68:8 69:5
 70:8
 70:17 96:25

**sales** 65:15

**sanctioning**
 107:16

**sanctions**
 111:19

**sandals** 49:3
 49:11 71:1

**Saturday**
 66:4

**Saturdays**
 37:9

**save** 83:12
 89:5 89:8

**saved**

```
41:19                113:20               86:6                 shop 39:14
55:3                 Secretary           serve 19:16           68:17
88:18                27:1 32:9           served 19:25          short
89:9 89:15           50:21                                      77:20 99:23
saving 91:21         section             services             showed 58:15
saw 28:10            106:25               34:14 98:24          shows 45:19
28:13 47:11          security            several               siblings
47:18 115:9          96:21 112:9          89:25                 95:12
115:11               seized              shaking 9:12          sight 93:8
scared 69:10         108:20              share 109:20          sign 69:15
schedule             sell 24:18          Shared               signatory
37:6                 24:20 24:21         109:24                79:13
44:18 44:19          55:7 55:9           shelf 67:18          signed 28:17
51:24                62:16 62:18         she'll 9:5           106:23
school 19:13         62:20 63:12         shells 71:10          106:24
27:14 27:15          63:15               Shelton              Silverware
S-corp 49:15         64:4                17:25                 67:17
script               65:20 65:24         18:1 18:1            single
112:20               66:5 69:4           18:1 18:6             37:1 69:7
115:20               70:2                61:5 61:6             88:18
search               70:24 72:25         shelves 64:6         sister
107:19               87:11 87:13         70:15 71:4            95:7 95:17
season 60:7          109:18              she's 6:6            sit 77:3
seats 67:3           selling             84:18                six 15:4
second               24:24 49:11         86:4 86:5             15:6 37:8
8:14                 55:5                94:4                  63:24 65:20
41:11                69:22 84:21         97:16                 66:21
46:1                 sent 107:16         110:20                67:1
55:22 55:23          separate            shoe 82:19            67:19
88:11                31:13 31:15         shoes                 103:16
101:17               81:10               49:13                Sixty 67:9
104:25               separated           64:5                 sizes 69:2
112:4                13:12 13:20         69:20 69:21          skinny 49:1
112:24               14:24               70:2 70:4            slow 67:11
115:19               15:2                70:15
seconds              15:15 15:18         71:4 71:8
                     16:7 19:1
```

smoked 98:14
  109:25
smoking
  109:24
social
  20:2
  96:21 112:9
sold 62:13
  62:14 63:17
  63:18
  64:7
  64:24 64:25
  65:3 65:5
  65:6
  65:18 65:19
  65:25
  66:3 66:8
  66:14 66:16
  67:22
  68:3 69:7
  69:19
  70:7
  70:20 71:20
  72:19 72:25
  73:1
  73:18 73:22
  74:9
  74:10 74:19
  74:20 74:24
  75:1 76:3
  85:6 85:7
  85:8
  85:10 85:13
  85:15 85:17
  85:20
  86:5
  87:17
  106:18
  108:3

solemnly
  6:18
somebody
  54:9
someone
  49:10 107:5
sometime
  11:9
  14:13 28:20
  48:11 53:25
  62:2
somewhere
  14:25 16:15
son 18:18
  18:19 48:15
  78:7
son's 46:1
  47:25
  53:3 87:10
sorry 6:2
  7:17
  13:19 14:19
  18:3 21:1
  29:14
  33:6
  33:12 35:18
  35:18 37:19
  45:15 54:10
  54:23 56:22
  60:2 62:8
  65:2
  72:15
  74:1
  74:14 76:24
  83:17
  88:9
  88:14 95:1

  106:6 113:2
  113:16
  113:18
sort 82:2
  96:13
sounded
  114:5
source 84:14
sources 98:9
South
  13:24
  14:6
  14:12
  26:8 30:13
Southbridge
  23:6 23:9
  25:2
space 51:4
  51:6 63:6
speak 9:17
  9:18 9:22
  20:19
speaking
  9:16
specific
  105:18
specifically
  83:21 87:21
spell
  11:14 11:16
  29:12 29:15
spend 41:14
spent 111:1
split 95:12

spoke 105:24
square
  55:8 63:6
stack 81:8
  81:11 81:13
stand 64:3
Standard
  77:18 99:21
  100:2 116:9
standing
  83:6 83:9
start
  31:19
  50:6 60:4
started 7:13
  7:19
  13:11 26:24
  28:9 48:6
  48:7
  48:14 49:10
  53:19 92:19
starting
  63:10 77:13
stashed
  115:8
state 6:9
  27:2 31:1
  31:1
  32:10 50:21
  90:14
  97:7
  97:22
  100:17
states
  5:14 5:15
  5:24 5:25

6:4  12:20

**stating** 5:19

**stay** 15:12
  16:15
  17:5  22:4

**stayed**
  14:4  14:6
  14:8
  15:14
  108:17

**staying** 17:3

**stepdad**
  42:14  42:16
  42:17  42:19
  42:22

**Stocks** 96:23

**stole** 107:6

**stolen** 90:21
  102:11
  103:22
  104:19
  105:9

**stop** 55:22
  98:20
  102:21

**stopped**
  30:21

**store** 49:2
  68:18

**Street** 26:9

**strictly**
  79:1

**strike**
  111:19

**stuff** 28:9

39:5

**Stuttgart**
  33:1  41:2
  43:10

**submitted**
  20:11  97:5

**successful**
  16:5

**sudden** 16:16

**summer** 50:11
  65:25
  68:2
  70:13
  103:14

**summertime**
  60:8  85:16

**summons**
  16:17  16:18

**sums** 93:4

**Sundays** 37:9

**supplement**
  111:21

**support**
  60:22
  61:9  113:23
  114:11
  114:15

**sure** 19:8
  21:16
  24:4
  38:14  39:13
  44:8
  57:19  64:16
  66:9
  66:16  89:22
  94:10  112:5

112:6

**surrounding**
  16:9

**swear** 6:19

**switching**
  33:6  48:14

**sworn** 6:16
  6:25

**system** 86:14

—————————
T

**tables** 63:25
  64:22  66:10
  66:20

**tag** 28:8

**taking** 5:8
  10:20  10:23
  41:17
  58:4  60:4

**talk** 22:3
  25:13  25:15
  68:13  71:12
  80:8
  103:5
  103:19
  103:20
  105:17
  112:11
  112:14

**talked** 71:13
  71:19

**talking** 7:16
  30:25
  39:6
  46:20  55:19
  83:22  84:6

**tapes** 67:20

**tax** 38:17
  45:10  59:18
  94:25
  95:1  97:7
  97:17  97:18
  97:22  112:8

**taxes**
  38:19  45:10
  45:12  88:4

**televisions**
  64:3

**temp** 73:9
  73:10  73:12
  85:9

**tens** 47:14
  94:8

**testified**
  7:1

**testify**
  10:15  10:18
  10:22  11:6

**testimony**
  5:9  6:19
  47:15  60:14
  113:25

**texting** 46:4

**thank** 6:8
  6:15  6:23
  7:5  7:11
  7:18  9:14
  15:18
  25:8  30:1
  61:24  98:17

**there's**
  64:14

80:9
85:18
94:8
94:10 94:10
95:14
97:8 112:7

**They're** 30:3

**they've**
64:15

**third** 18:3

**thousand**
44:7

**threw** 30:22

**THURSDAY** 5:4

**tiers** 82:8

**till** 105:1

**T-I-P-P-A**
11:16

**Tippanee**
5:13 6:6
6:12 6:25
11:15 11:16
22:18 32:13
78:8 116:8

**TIPPPANEE**
5:3 116:12

**Tippy**
11:21 11:22
11:24

**today** 5:10
6:4 7:19
8:2 10:4
10:18
11:6 11:9
24:10 69:16

**today's** 5:9

**top** 7:16
111:8

**total**
44:11 61:19
66:13 67:22

**totaled**
103:18

**touch** 45:6
63:11 81:17

**Toys** 67:15

**tracking**
54:13

**trailer**
71:15 71:16
74:8
74:18
85:3 85:3
85:6

**trailers**
62:9
62:10 62:11
71:20 71:22

**transcript**
115:25

**Transportati
on** 71:12
71:20 71:22
72:9
73:16
78:1 98:25

**tricycles**
66:21

**tried**
24:18 48:12
49:22

102:11
105:8

**trouble**
83:25

**truck** 32:1
32:2
32:18 32:24
39:7
44:25
45:9
52:15
53:8 54:8
54:14 71:17
71:25
72:2 72:8
72:11
73:9
73:10 73:12
73:15
76:2 76:7
85:9

**truckers**
40:18 40:19

**trucking**
31:8
31:12 31:18
31:22
39:6
39:24
40:2 40:2
40:5 42:7
44:6 45:9
46:8
47:23
48:1 48:5
48:6
48:10
49:9
52:16 52:24

54:2
54:16 54:25
61:25
62:1
78:10 98:11
98:12 98:13
98:25

**trucks** 39:13
40:5
40:24 40:25
41:1
41:15 41:22
41:23 54:12
54:13 61:25
62:9
62:10 62:12
71:20 71:21
72:5 76:18

**trust**
35:15 35:18
35:20 36:16
57:24
58:8
89:24
90:9
92:15 96:3

**trusted**
90:10

**truth** 6:20
6:20 6:21
10:10

**truthfully**
10:22

**try** 9:16
57:6
94:11 94:12
104:18

**trying** 24:20

57:7 102:21
113:18
**Tuff** 31:8
31:12 31:18
39:5
39:23
40:5
41:21
44:5 46:7
47:23
48:4
52:15 54:16
73:16 98:11
98:12 98:25
**turned**
28:2 28:6
**turns** 9:16
**TVs** 66:22
**twenties**
47:14 94:8

─── U ───
**Uh-huh**
18:8 18:20
**ultimate**
15:23
**ultimately**
24:23
**understand**
8:16 8:17
9:4 9:6 9:9
10:6 10:9
10:12
11:9 12:7
60:21 76:15
82:7 84:1
84:5

89:22 97:6
**understandin
g** 56:1 84:1
84:6
**understood**
8:25 57:20
**Unfortunatel
y** 64:9
**United**
5:14 5:15
5:24 5:25
6:4
**unstable**
101:15
**update** 98:17
**upfront**
101:2
**urine**
55:15 55:18
**utilities**
23:22

─── V ───
**VA** 55:11
56:12 56:24
57:3
57:19 59:11
60:11 99:15
**van** 64:20
**vans** 55:6
63:17 63:24
64:11 64:19
64:24 66:17
**varies** 37:7
**VCR** 67:20

**VCRs** 67:19
**vehicles**
72:5 72:6
**verbal** 9:10
**verify**
45:2
51:20
59:9 71:14
**version**
111:23
116:3 116:6
**versus** 5:14
**via** 5:1 5:12
116:11
**VIDEO** 5:1
116:11
**violation**
55:24
**Visa** 113:12
**visitors**
93:9
**voucher** 31:1
34:18
**vouchers**
30:20 30:21
30:25
31:1 35:2
35:6 90:13
**vows** 55:15

─── W ───
**Wag** 26:15
**wage** 34:9
34:10

**Wagon** 64:12
**wait** 45:15
84:9 84:9
86:18
98:4
98:19
115:23
**waited**
103:16
**walkers** 67:5
**wall** 102:12
**Waller** 5:3
5:13 6:12
6:25 7:7
11:15 11:17
116:8
116:12
**W-A-L-L-E-
R** 11:17
**washer** 63:24
**wasn't**
16:4 16:6
29:1
30:24 30:24
43:25
56:1 100:13
108:12
108:13
108:15
**waste**
56:14 56:25
**watch** 113:18
**website**
32:25
**we'd** 41:17

County
**COURT REPORTERS**, Inc.
Videography   Litigation Technology™
USA v. Henson Ancillary Proceeding0471
800.262.8777 TOLL-FREE  •  540.667.0600 LOCAL  •  540.667.6562 FAX  •  CountyCourtReporters.com

**week** 33:15
33:16 33:18
33:22 34:15
34:17 34:22
43:7 43:8
44:15
57:1 58:5
58:19 59:10
59:17 59:20
60:13 89:21
**weekend** 66:4
68:7 68:8
**weekly** 44:16
82:22
**weeks**
33:15 33:17
37:22 38:10
61:21 61:23
61:23 88:7
**we'll** 39:4
107:14
115:20
**we're** 7:23
8:1 9:24
22:2
31:15
57:7
77:22
84:6 106:20
112:20
113:20
**Western**
13:24
**we've** 97:1
**What'd** 95:21
**whatever**
39:25

**whatever's**
52:21
**When's** 98:12
**where's**
63:18
**WHEREUPON**
77:20 99:23
116:11
**whether**
78:25 79:1
**whims** 86:13
**whole** 6:20
38:5
61:22 66:11
75:5 77:4
77:4
**who'll** 5:8
**whom** 5:20
12:8 65:3
67:24
**who's** 6:1
29:11
42:9 61:6
**Whose** 42:6
**wife** 75:23
**wind** 30:17
**wish** 114:4
**wished** 116:3
**withdraw**
58:22
**withdrawals**
78:12
**withdrawn**
78:17 78:20

**witness**
10:13
47:8 114:18
**wondered**
38:18
**wood** 110:19
**work** 25:13
37:6
37:11 37:14
38:1
49:25 51:18
53:4
53:21 82:15
109:6 109:6
109:7
**worked** 51:24
52:4
55:11 55:14
109:9
**workers** 34:7
45:5
**World** 31:8
31:12 31:18
39:6
39:24
40:5
41:21
44:5 46:7
47:23
48:4
52:15 54:16
73:16 98:11
98:12 98:25
**write**
28:16
36:2 75:7
81:4 81:5

**written**
65:18
**wrong** 88:14
**wrote**
21:18 35:22
46:17

_____
Y
**yard** 66:3
**year-and-a-
half** 60:9
**yesterday**
20:13 58:15
75:24
**yet** 7:10
97:3
**You'll** 20:17
**young** 18:13
**yours**
27:17 84:3
**yourself**
5:18 5:21
33:14 33:21
43:18 46:18
49:24
52:6 52:8
88:6
88:12 88:16
**you've**
8:25 12:7
12:8
12:24 24:13
65:17
84:2 85:5
96:5
96:15 96:17

115:4

---
Z
---
**Zoom** 5:1
   5:12  7:21
   8:1  116:11

**zooming** 7:23
   8:8